1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Plaintiffs City of Santa Rosa
6  and the People of the State of California

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | CITY OF SANTA ROSA, PEOPLE OF          | Case No.  C 07 3528 WDB
   | THE STATE OF CALIFORNIA,               |
12 |                                        | **NOTICE OF PENDENCY OF OTHER**
   |                 Plaintiffs,            | **ACTION OR PROCEEDING**
13 | v.                                     |
   |                                        | **[Civil C.R. 3-13]**
14 | RAMAN D. PATEL, individually and as
   | trustee of the Raman D. and Jashu R. Patel
15 | Family Trust, Raman D. and Jashu R. Patel
   | Residual Trust and Raman D. and Jashu R.
16 | Patel Survivor's Trust, JAS 4 RAY
   | PROPERTIES, L.P., RITA PATEL, DAVID
17 | STAFFORD, PRITA PATEL and DOES 3-
   | 20,
18 |
   |                 Defendants.
19 | _____/

20

21       1.    Description of Other Action:

22             Removing parties have filed another civil rights action in the Northern District

23 that involves all or a material part of the same subject matter and substantially all of the same

24 parties.

25       2.    Title and Location of Other Action:

26             *Raman D. Patel, et al. v. City of Santa Rosa, et al*, United States District Court,

27 Northern District of California, No. C 06-3267 MMC.

28 \\

Notice of Pendency of Other Action or Proceeding                                                  1

3. <u>Statement of the Relationship of the Other Action or Proceeding</u>:

On October 26, 2005, plaintiff City of Santa Rosa commenced a red light abatement action, under *California Penal Code §* 11225, et seq. against the removing defendants. Approximately six months later, the defendants filed a civil rights action in the Northern District of California, No. C 06 3267 MMC against the City of Santa Rosa, the Santa Rosa Police Department, two City Council members, and approximately 19 individually named police officers. The complaint alleged violations of federal civil rights - 42 U.S.C. Sections 1981, 1982, 1983, 1983(3) and 42 U.S.C. 1964(c).

On August 14, 2006, Judge Maxine Chesney granted the City of Santa Rosa's Motion to Stay the Proceedings under the *Younger* doctrine. Judge Chesney ordered that the stay is in effect until the state court civil abatement proceedings have been completed. The case was administratively closed subject to defendants filing a request to reopen the action within 30 days after the exhaustion of all appellate remedies in the state court civil abatement proceedings.

The state court matter is still pending and has a current trial date of July 13, 2007. There were two prior trial dates when the matter was not reached: October 6, 2006 and March 2, 2007.

Defendants are seeking to remove the state court action on the basis of an order granting plaintiffs' leave to file an amended complaint. This order was executed and filed on February 21, 2007.

Dated: July _____, 2007

_____
MICHAEL J. CASEY
Assistant City Attorney
Attorneys for Plaintiffs