1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile: (707) 543-3055
5
   Attorneys for Plaintiffs City of Santa Rosa
6  and the People of the State of California

7

8                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 CITY OF SANTA ROSA, PEOPLE OF          Case No.  C 07 3528 WDB
   THE STATE OF CALIFORNIA,
12                                         **DECLINATION TO PROCEED
              Plaintiffs,                  BEFORE A MAGISTRATE JUDGE
13 v.                                      AND REQUEST FOR REASSIGNMENT
                                           TO A UNITED STATES DISTRICT
14 RAMAN D. PATEL, individually and as     JUDGE**
   trustee of the Raman D. and Jashu R. Patel
15 Family Trust, Raman D. and Jashu R. Patel
   Residual Trust and Raman D. and Jashu R.
16 Patel Survivor's Trust, JAS 4 RAY
   PROPERTIES, L.P., RITA PATEL, DAVID
17 STAFFORD, PRITA PATEL and DOES 3-
   20,
18
              Defendants.
19 _____/

20

21      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22      The undersigned party hereby declines to consent to the assignment of this case to a

23 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

24 this case to a United States District Judge.

25

26 Dated:  July _____, 2007
                                          _____
27                                        MICHAEL J. CASEY
                                          Assistant City Attorney
28                                        Attorneys for Plaintiffs