1   BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
3   Santa Rosa, California 95404

4   Telephone: (707) 543-3040
    Facsimile:  (707) 543-3055
5
    Attorneys for Plaintiffs City of Santa Rosa
6   and the People of the State of California

7

8

9
                              UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12   CITY OF SANTA ROSA, PEOPLE OF        Case No.  C 07 3528 MMC
    THE STATE OF CALIFORNIA,
13                            **PLAINTIFFS' NOTICE OF MOTION**
                              **AND MOTION FOR SANCTIONS**
14       Plaintiffs,                   **AGAINST DEFENDANTS AND THEIR**
    v.                                **ATTORNEY, FRANK A. WEISER,**
15   RAMAN D. PATEL, individually and as    **UNDER 28 U.S.C. § 1927 AND THE**
    trustee of the Raman D. and Jashu R. Patel   **COURT'S INHERENT POWER**
16   Family Trust, Raman D. and Jashu R. Patel
    Residual Trust and Raman D. and Jashu R.
17   Patel Survivor's Trust, JAS 4 RAY        Date:  September 21, 2007
    PROPERTIES, L.P., RITA PATEL, DAVID   Time:  9:00 a.m.
18   STAFFORD, PRITA PATEL and DOES 3-   Place: Courtroom 7, 19th Floor
    20,                                      450 Golden Gate Avenue
19                                  San Francisco, CA
           Defendants.              Judge: Hon. Maxine Chesney
20   _____/

21

22

23
          TO DEFENDANTS RAMAN D. PATEL, INDIVIDUALLY AND AS TRUSTEE OF
24
    THE RAMAN D. AND JASHU R. PATEL FAMILY TRUST, RAMAN D. AND JASHU R.
25
    PATEL RESIDUAL TRUST AND RAMAN D. AND JASHU R. PATEL SURVIVOR'S
26
    TRUST, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL
27
    AND THEIR ATTORNEY OF RECORD:
28

    Notice of Motion and Motion for Sanctions                                                    1

1      PLEASE TAKE NOTICE that on September 21, 2007, or as soon thereafter as the matter

2   may be heard in this court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco,

3   California, plaintiffs will move the court for an order sanctioning the defendants and/or their

4   attorney Frank A. Weiser, pursuant to 28 U.S.C. § 1927 and the court's inherent power.

5      Plaintiffs will request that the court issue sanctions to include attorney's fees and costs

6   incurred by plaintiffs to have this matter remanded to state court; for presenting this motion, and

7   for the direct result of the removal, including expenses incurred for trial subpoenas and trial

8   preparation.  Plaintiff will also request sanctions against defendants' counsel to suspend or

9   prohibit him from practice before this court, and/or "pre-filing review" certification from a

10  magistrate that any claim, filing or removal notice brought by defendants' counsel is not

11  frivolous or brought for an improper purpose.

12      This motion is brought as a result of the frivolous and improper removal of this case from

13  state court to this court, including the following conduct by the defendants and their attorney:

14      1.      The untimely and improper removal of the matter.  The removal was frivolous and

15  filed in bad faith.

16      2.      Violating Judge Maxine Chesney's order of August 14, 2006, staying the federal

17  case of *Patel, et al. v. City of Santa Rosa, et al.,* Case No. C 06-3267 MMC.

18      3.      Failing to file all state court process, pleadings and orders served upon defendants

19  with the removal notice in violation of 28 U.S.C. § 1446(a).

20      4.      Filing a disingenuous statement of the grounds for removal.

21      5.      Knowingly and recklessly raising a frivolous argument that the state court action

22  was removable under 28 U.S.C. § 1443(1).

23      6.      Knowingly and recklessly raising a frivolous argument that the district court has

24  subject matter jurisdiction over the state court proceedings.

25  \\

26  \\

27  \\

28  \\

Notice of Motion and Motion for Sanctions                                                          2

1    This motion is based on this notice, the accompanying Memorandum of Points and

2  Authorities, the Declaration of Michael J. Casey, and such other evidence and matters as may be

3  considered by the court.

4

5

Dated: July_____, 2007                    _____

6                                          MICHAEL J. CASEY
                                           Assistant City Attorney
7                                          Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28