1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone:  (707) 543-3040
5  Facsimile:   (707) 543-3055

6  Attorneys for the City of Santa Rosa

**ENDORSED
FILED**

L&M TENTATIVE RULINGS are
available after 2:00 p.m. on the court
day prior to the scheduled hearing.
http://www.sonomasuperiorcourt.com
OR (707) 565-3676

NOV    7  2005

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

7

8                    SUPERIOR COURT OF CALIFORNIA

9                          COUNTY OF SONOMA

10

11  CITY OF SANTA ROSA,                       Case No. SCV 237667

12                    Plaintiff,              **ORDER TO SHOW CAUSE RE
                                              PRELIMINARY INJUNCTION AND
    v.                                        TEMPORARY RESTRAINING ORDER**
13
    RAMAN D. PATEL, individually and as       (Unlimited Civil Case)
14  trustee of the Raman D. and Jashu R. Patel
    Family Trust, Raman D. and Jashu R. Patel
15  Residual Trust and Raman D. and Jashu R.   Date:   **NOV 2 9 2005**    1450 Guerneville Road
    Patel Survivor's Trust, JAS 4 RAY                  Time:  8:30 a m                Santa Rosa, CA 95403
16  PROPERTIES, L.P., RITA PATEL, and          Ctrm:  18
    DOES 1-20,
17
                      Defendants.
18  _____/

19

20      On reading the complaint, the supporting declarations and memorandum of points and

21  authorities, it appears to the satisfaction of the court that this is a proper case for granting an

22  Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order.  Unless

23  this order is granted, great or irreparable injury will result to the Plaintiff before this matter can

24  be heard on notice.

25      IT IS ORDERED that the defendants appear in Department _18_ of this court, located at
    1450 Guerneville Road
26  Santa Rosa, CA 95403
    _____, on _Nov 29, 2005_, at _8:30 AM_

27  or as soon thereafter as the matter may be heard, then and there to show cause why they and their

28
    Order to Show Cause Re Preliminary Injunction
    and Temporary Restraining Order                    1

1   agents, servants, employees, or representatives, and all persons acting in concert or participating

2   with them, should not be enjoined and restrained during the pendency of this action from

3   engaging in, committing, or performing, directly or indirectly, any of the following acts:

4           A.     Owning, maintaining, managing, operating or occupying the premises at 2400

5   Santa Rosa Avenue, Santa Rosa, and more specifically described in the Sonoma County

6   Recorders Office as Assessor's parcel number 044-041-066, which includes THE LLANO

7   MOTEL and the fixtures and appurtenances located therein, for the purposes of, directly or

8   indirectly, facilitating and/or encouraging prostitution or providing a place where prostitution can

9   occur on the premises.

10          B.     Maintaining, permitting or allowing a public nuisance at the Property.

11          C.     Removing from the Property any fixtures or appurtenances.

12          IT IS FURTHER ORDERED that the defendants appear at the same time and place and

13   show cause why the should not be commanded by order of this court and required during the

14   pendency of this action from:

15          D.     Owning, maintaining, operating, or occupying the property unless the

16   following provisions are implemented:

17                 1.      Immediately sign a "Trespass Arrest Authorization" form authorizing the

18   Santa Rosa Police Department ("SRPD") to arrest individuals unlawfully loitering on the

19   Property.

20                 2.      Post at least four professionally printed signs in Spanish and English, in

21   visible and conspicuous locations and at each entry point and driveway stating:

22                 "NO TRESPASSING, NO LOITERING, NO DRUGS,

23                 NO DRUG DEALERS, NO PROSTITUTION, NO

24                 WEAPONS, NO DRINKING OF ALCOHOLIC

25                 BEVERAGES, THE SANTA ROSA POLICE

26                 DEPARTMENT MAKES REGULAR AND

27                 FREQUENT PATROLS OF THIS PROPERTY."

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order              2

1    The signage shall have lettering of at least two inches in height. These signs shall be posted

2    within 72 hours. If defendants fail to comply with this section as ordered, these signs may be

3    prepared, provided and posted by SRPD or the Santa Rosa Public Works Department, who are

4    hereby authorized to enter the Property to carry this part of the order into effect.

5            3.     Evict all occupants engaging in prostitution or other illegal activities.

6    Deny rentals to all occupants previously arrested for prostitution or other illegal activities when

7    notified of such arrests or when such arrests become personally known to you, your employees or

8    your agent.

9            4.     Deny rentals/access to the Property to persons known to you, your

10    employees or your agents to be prostitutes, pimps or prostitution customers. Report all

11    trespassers and loiterers on the Property to the Santa Rosa Police Department.

12            5.     Inform the Santa Rosa Police Department immediately if any person is

13    engaging in loitering for prostitution or prostitution activity on the Property.

14            6.     Do not allow persons renting or occupying rooms ("guests"), to loiter in

15    front of the Property or in the common areas of the Property. Instruct employees, owners and

16    management at the Property to deter loitering and any nuisance-related activities on the Property.

17    Instruct and require all employees, owners and management at the Property to monitor and verify

18    that all persons and drivers of vehicles on the Property have permission to enter and remain on

19    the Property. Instruct and require all employees, owners and management at the Property to

20    immediately report any suspicious activity to management and the Santa Rosa Police

21    Department.

22            7.     Post professionally printed signs in Spanish and English, at the check-

23    in/registration counter:

24              "ROOMS AVAILABLE FOR ONE DAY RENTAL

25              ONLY. NO HOURLY OR 'SHORT TERM' RENTALS

26              OR RATES AVAILABLE." and

27              "ALL GUESTS MUST PRODUCE VALID PHOTO

28

1                            IDENTIFICATION AND LICENSE PLATE

2                            INFORMATION FOR ALL VEHICLES."

3          8.     Do not rent rooms for a period of less than twenty-four (24) hours.  The

4 customary full day rental rate should be collected for each and every rental.  No room shall be

5 rented more than one time during each 24-hour period.  No room shall be rented on an hourly or

6 short-term basis.

7         9.     Do not allow any individual to rent more than one room at a time or to

8 rent rooms without complying with motel registration procedures.

9         10.     Do not allow any individual to rent a room on behalf of any other person.

10         11.     Do not rent rooms to juveniles.

11         12.     Establish and maintain motel registration procedures.  Refuse room rentals

12 to guests without a valid driver's license or other government issued identification card with

13 photograph.  Require all adults occupying a room to produce a valid driver's license or other

14 government issued identification card with photograph.  Verify that the identification matches the

15 name of the guest(s) listed on the registration card and record the identification number and type

16 of identification for each guest and occupant on the respective room registration card.  Photocopy

17 and retain a copy of each guest's identification.  Maintain guest registration files for a period of

18 no less than five (5) years.  Produce registration records when requested to do so by any law

19 enforcement official.

20         (a)     Use pre-printed sequentially numbered registration cards.  Maintain all

21                   cards sequentially, even those erroneously completed.

22         (b)     Complete registration cards for each guest prior to giving guest access to a

23                   room.  All registration cards must be legible.

24         (c)     Date and time stamp each registration card with a tamper-proof automatic

25                   date stamper at the time upon arrival of the guest.

26         (d)     Include the following information for each guest on each registration card:

27                   name, address, license plate of any vehicles brought onto Property by

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order               4

1    guest, and number, type, and issuing agency of government issued

2    identification.  If guests/visitors arrive on foot, registration cards should

3    reflect that they did not bring a vehicle onto the Property.

4    13.    Require all adult visitors to produce a valid driver's license or other

5    government issued identification card with photograph and record the name, address and

6    identification number in a log book.  Require visitors to be accompanied by guests while on the

7    Property premises at all times.  Maintain a log book of every visitor's entry to the Property during

8    the pendency of this action and produce visitor records when requested to do so by any law

9    enforcement official.  Limit visitors' hours from 8:00 a.m. to 10:00 p.m.

10    14.    Implement motel registration procedures that require the following:

11    (a)    The name and address of each guest, and the name and address of

12    each member of his party;

13    (b)    In the event that such guest or party travels or arrives by means of

14    motor vehicle, the register shall specify the make, type and license

15    number of the motor vehicle and the year of registration.  This

16    register shall at all times be open for inspection to all police

17    officers.

18    15.    Require guests to list all vehicles to be parked at the location upon

19    registering and issue daily parking permits to those guests.  Do not allow the parking of vehicles

20    that do not belong to guests and immediately remove unauthorized vehicles from the Property.

21    16.    (a)    Give every guest a copy of the following THE LLANO MOTEL

22    house rules which shall specify, at a minimum, the following:

23    "All visitors must produce a valid driver's license or state

24    government issued identification card with photograph and visitors

25    must be accompanied by guests while on the Property.

26    The following activity is grounds for immediate termination of

27    room rental and eviction:

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order                    5

1          •     Guest or visitor of guest allows prostitution to occur in the

2               room, within the Property of the motel or adjacent to the

3               Property;

4          •     Guest or visitor of guest commits or permits a nuisance to

5               exist in the motel room or common areas of the motel

6               complex;

7          •     Guest or visitor of guest uses or permits the motel room to

8               be used for any illegal purpose."

9       (b)     Enforce the house rules and evict any guest for violating these

10           rules.

11       (c)     If during the course of occupancy, it is determined that a guest is

12           engaged in loitering, loitering for prostitution, or engaged in

13           prostitution activity, the guest shall immediately be removed from

14           the motel and, in the future, such person shall be refused rental of a

15           room.[1]

16       (d)     The details of any eviction, such as the date and time of the

17           eviction, name(s) of the guest, the type of identification and the

18           identification numbers, the type of offense, and the rented room

19           number, shall be disclosed in a legible written format to Assistant

20           City Attorney, Michael J. Casey, Santa Rosa City Attorney's

21           Office, 100 Santa Rosa Avenue, Room 8, Santa Rosa, California

22           95404, every month, by the 5th day of every month.

23     17.     Do not rent rooms to any individual/tenant for more than 29 days without

24 properly screening that individual and obtaining a rental agreement including:

25       (a)     Screen all tenants, including verification of income and

26           employment.

27

28

---

[1]   Guests who have acquired the status of tenants shall be evicted in accordance with applicable laws.

1    (b)    Perform a thorough background check of tenants prior to renting,

2           includes verification of employment history, rental history for the

3           last five years, and criminal background check.

4    (c)    Require all tenants to provide a California Drivers License,

5           California Identification Card, or other picture identification and

6           one other form of identification.  Maintain a copy of the

7           identification in the tenant's rental file.  Maintain a photocopy of

8           each tenant's identification.

9    (d)    Require all tenants to sign a rental agreement.

10   (e)    Require all tenants to sign a written lease agreement, which

11          includes a provision that tenant could be evicted for illegal

12          activities, including narcotic/vice related activity.  Require tenants

13          to make payments by personal check, cashier's check or money

14          order.

15   (f)    Evict all tenants who engage in prostitution or narcotics activities

16          or who allow narcotics or narcotics activities to take place at the

17          business.

18   (g)    Utilize a rental agreement or add an addendum to the rental

19          agreement which specifies that the following shall be grounds for

20          immediate eviction:

21   •      tenant or visitor of tenant commits any violation of law regarding

22          the possession, use, storage or sale of narcotics, prostitution or

23          gang related crime, on or adjacent to the premises;

24   •      tenant or visitor of tenant allows prostitution to occur in the room,

25          within the Property of the motel or adjacent to the Property;

26   •      tenant or visitor of tenant commits or permits a nuisance to exist in

27          the motel room or common areas of the motel complex;

28

1     •     tenant or visitor of tenant uses or permits the motel room to be

2             used for any illegal purpose.

3         18.    Install and maintain high-intensity lighting on the exterior of the Property,

4 which illuminates the front, side and back of the Property, and which deters or discourages

5 loitering and criminal activity. The lighting must be sufficient to make persons who use the

6 parking area, common areas, or curtilage of the Property easily discernible to law enforcement.

7 Utilize approved fixtures and wiring, and place all lighting so that it is shielded and directed onto

8 the Property. No lighting shall shine directly into another adjacent owner's property.

9 Immediately replace any damaged or worn-out lighting.

10         19.    Maintain locks and keys for each guest room. Implement a key deposit

11 system to prevent keys from being circulated or duplicated. All keys shall be stamped "DO NOT

12 DUPLICATE." Ensure that all guest rooms are locked when not in use. The on-site manager

13 shall have duplicate keys available at all times for emergency personnel.

14         20.    Remove any graffiti from the exteriors of the buildings and parking areas

15 within 24 hours and maintain the Property free of graffiti and debris.

16         21.    Hire two armed, state-licensed, and uniformed security guards employed

17 by a California-licensed security patrol operator, to perform roving security at the Property 24

18 hours a day, seven days a week. The guards must wear distinctive uniforms with a patch on each

19 shoulder containing the name of the security patrol company.

20         22.    Instruct and require your employees to cooperate with any law

21 enforcement entity in their investigations related to the Property and to not impede or interfere

22 with their investigations.

23         23.    Comply with all notices and/or orders issued by any regulatory agency,

24 including, but not limited to, Santa Rosa City Department of Community Development, the Fire

25 Department, and the County Health Department.

26         24.    Install and maintain a public address system. The P.A. system should be

27 used to warn trespassers to leave the Property.

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order         8

25.    Deliver to all current and presently employed employees, all owners and all management, a copy of this Preliminary Injunction, and instruct, inform and educate all employees, owners and managers of their responsibilities and duties to become completely familiar and to fully implement the requirements outlined in the Preliminary Injunction.

26.    Only hire and employ desk staff who can effectively communicate in English and who can deal with the public, law enforcement, and guests in English, and who can capably enforce the conditions and requirements in the Preliminary Injunction.

27.    Do not sell or give away condoms and do not rent, sell or give away pornographic videos, tapes, DVD discs or compact discs on the Property.  Do not televise or show any pornographic videos, tapes, or DVD discs on the Property-wide television system.

28.    Any public telephone or vending machine on the Property shall be located either within the front desk area or in an area where it can be readily and easily monitored by the management.

29.    A copy of this Preliminary Injunction and all conditions of operation and the prices for all accommodations shall be posted along with other required permits in public view and shall be made available to all law enforcement personnel and other public officials upon demand.  The manager or employee on duty at the front desk and check-in desk shall be completely familiar with the conditions in the Preliminary Injunction and shall implement them as required.

30.    Affirmatively monitor guest and visitor use of the common areas for loitering and nuisance activity and require all employees to verify at all times that all persons in common areas are guests or accompanied visitors of guests.

E.    Transferring, for consideration or otherwise, all or any portion of the Property that is the subject of this action unless the following provisions are adhered to:

1.    Immediately inform all prospective transferees, purchasers, commercial lessees, or other successors in interest of the *existence of the preliminary injunction*, before entering into any agreement to sell or lease the Property, to transfer for consideration or

1  otherwise, all or any portion of the Property that is the subject of this action, pursuant to Penal

2  Code section 11227(b).

3          2.    Immediately inform all prospective transferees, purchasers, commercial

4  lessees, or other successors in interest to the subject Property, that the preliminary injunction *may*

5  *apply to them and their successors in interest*, pursuant to Penal Code § 11227(b).

6          3.    Immediately *give a complete, legible copy* of the preliminary injunction to

7  all prospective transferees, purchasers, commercial lessees, or other successors in interest to the

8  subject Property.

9          4.    Immediately *request and procure signatures* from all prospective

10  transferees, purchasers, commercial lessees, or other successors in interest to the subject

11  Property, which acknowledge their respective receipts of a complete, legible copy of the

12  preliminary injunction.

13      IT IS FURTHER ORDERED that a copy of the complaint, supporting declarations,

14  memorandum of points and authorities, together with a copy of this Order to Show

15  Cause/Temporary Restraining Order be served on defendants no later than ___Nov 9___,

16  2005.

17      The proof of service of the OSC/TRO shall be delivered to the court hearing the Order to

18  Show Cause by ___Nov 22___, 2005.

19      IT IS FURTHER ORDERED that pending the hearing and determination of the Order to

20  Show Cause, the defendants, Does 1-20, their agents, servants, employees, representatives,

21  officers, managers, heirs, assigns and all other persons acting on concert or participating with

22  them are restrained and enjoined from engaging in, or performing, directly or indirectly, any and

23  all of the following acts:

24      A.    Owning, maintaining, managing, operating or occupying the premises at 2400

25  Santa Rosa Avenue, Santa Rosa, and more specifically described in the Sonoma County

26  Recorders Office as Assessor's parcel number 044-041-066, which includes THE LLANO

27  MOTEL and the fixtures and appurtenances located therein, for the purposes of, directly or

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order        10

1  indirectly, facilitating and/or encouraging prostitution or providing a place where prostitution can

2  occur on the premises.

3       B.     Maintaining, permitting or allowing a public nuisance at the Property.

4       C.     Removing from the Property any fixtures or appurtenances.

5       IT IS FURTHER ORDERED that, pending the hearing and determination of the above

6  Order to Show Cause, the defendants, and each of them, are restrained and enjoined from:

7       D.     Owning, maintaining, operating, or occupying the property unless the

8  following provisions are implemented:

9            1.     Immediately sign a "Trespass Arrest Authorization" form authorizing the

10  Santa Rosa Police Department ("SRPD") to arrest individuals unlawfully loitering on the

11  Property.

12           2.     Post at least four professionally printed signs in Spanish and English, in

13  visible and conspicuous locations and at each entry point and driveway stating:

14           **"NO TRESPASSING, NO LOITERING, NO DRUGS,**

15           **NO DRUG DEALERS, NO PROSTITUTION, NO**

16           **WEAPONS, NO DRINKING OF ALCOHOLIC**

17           **BEVERAGES, THE SANTA ROSA POLICE**

18           **DEPARTMENT MAKES REGULAR AND**

19           **FREQUENT PATROLS OF THIS PROPERTY."**

20  The signage shall have lettering of at least two inches in height. These signs shall be posted

21  within 72 hours. If defendants fail to comply with this section as ordered, these signs may be

22  prepared, provided and posted by SRPD or the Santa Rosa Public Works Department, who are

23  hereby authorized to enter the Property to carry this part of the order into effect.

24           3.     Evict all occupants engaging in prostitution or other illegal activities.

25  Deny rentals to all occupants previously arrested for prostitution or other illegal activities when

26  notified of such arrests or when such arrests become personally known to you, your employees or

27  your agent.

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order                    11

1      4.      Deny rentals/access to the Property to persons known to you, your

2   employees or your agents to be prostitutes, pimps or prostitution customers.  Report all

3   trespassers and loiterers on the Property to the Santa Rosa Police Department.

4      5.      Inform the Santa Rosa Police Department immediately if any person is

5   engaging in loitering for prostitution or prostitution activity on the Property.

6      6.      Do not allow persons renting or occupying rooms ("guests"), to loiter in

7   front of the Property or in the common areas of the Property.  Instruct employees, owners and

8   management at the Property to deter loitering and any nuisance-related activities on the Property.

9   Instruct and require all employees, owners and management at the Property to monitor and verify

10  that all persons and drivers of vehicles on the Property have permission to enter and remain on

11  the Property.  Instruct and require all employees, owners and management at the Property to

12  immediately report any suspicious activity to management and the Santa Rosa Police

13  Department.

14     7.      Post professionally printed signs in Spanish and English, at the check-

15  in/registration counter:

16          **"ROOMS AVAILABLE FOR ONE DAY RENTAL**

17          **ONLY.  NO HOURLY OR 'SHORT TERM' RENTALS**

18          **OR RATES AVAILABLE."** and

19          **"ALL GUESTS MUST PRODUCE VALID PHOTO**

20          **IDENTIFICATION AND LICENSE PLATE**

21          **INFORMATION FOR ALL VEHICLES."**

22     8.      Do not rent rooms for a period of less than twenty-four (24) hours.  The

23  customary full day rental rate should be collected for each and every rental.  No room shall be

24  rented more than one time during each 24-hour period.  No room shall be rented on an hourly or

25  short-term basis.

26     9.      Do not allow any individual to ~~rent more than one room at a time or to~~

27  rent rooms without complying with motel registration procedures.

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order          12

10. Do not allow any individual to rent a room on behalf of any other person.

11. Do not rent rooms to juveniles.

12. Establish and maintain motel registration procedures. Refuse room rentals to guests without a valid driver's license or other government issued identification card with photograph. Require all adults occupying a room to produce a valid driver's license or other government issued identification card with photograph. Verify that the identification matches the name of the guest(s) listed on the registration card and record the identification number and type of identification for each guest and occupant on the respective room registration card. Photocopy and retain a copy of each guest's identification. Maintain guest registration files for a period of no less than five (5) years. ~~Produce registration records when requested to do so by any law enforcement official.~~

~~(a)    Use pre-printed sequentially numbered registration cards. Maintain all cards sequentially, even those erroneously completed.~~

(b) Complete registration cards for each guest prior to giving guest access to a room. All registration cards must be legible.

~~(c)    Date and time stamp each registration card with a tamper proof automatic date stamper at the time upon arrival of the guest.~~

(d) Include the following information for each guest on each registration card: name, address, license plate of any vehicles brought onto Property by guest, and number, type, and issuing agency of government issued identification. If guests/visitors arrive on foot, registration cards should reflect that they did not bring a vehicle onto the Property.

13. ~~Require all adult visitors to produce a valid driver's license or other government issued identification card with photograph and record the name, address and identification number in a log book.~~ Require visitors to be accompanied by guests while on the Property premises at all times. ~~Maintain a log book of every visitor's entry to the Property during the pendency of this action and produce visitor records when requested to do so by any law~~

1    ~~enforcement official.~~  Limit visitors' hours from 8:00 a.m. to 10:00 p.m.

2        14.    Implement motel registration procedures that require the following:

3            (a)    The name and address of each guest, and the name and address of

4               each member of his party;

5            (b)    In the event that such guest or party travels or arrives by means of

6               motor vehicle, the register shall specify the make, type and license

7               number of the motor vehicle and the year of registration.  This

8               register shall at all times be open for inspection to all police

9               officers.

10        15.    Require guests to list all vehicles to be parked at the location upon

11    registering and issue daily parking permits to those guests.  Do not allow the parking of vehicles

12    that do not belong to guests and immediately remove unauthorized vehicles from the Property.

13        16.    (a)    Give every guest a copy of the following THE LLANO MOTEL

14               house rules which shall specify, at a minimum, the following:

15               "All visitors must produce a valid driver's license or state

16               government issued identification card with photograph and visitors

17               must be accompanied by guests while on the Property.

18               The following activity is grounds for immediate termination of

19               room rental and eviction:

20               •    Guest or visitor of guest allows prostitution to occur in the

21                   room, within the Property of the motel or adjacent to the

22                   Property;

23               •    Guest or visitor of guest commits or permits a nuisance to

24                   exist in the motel room or common areas of the motel

25                   complex;

26               •    Guest or visitor of guest uses or permits the motel room to

27                   be used for any illegal purpose."

28

1        (b)    Enforce the house rules and evict any guest for violating these

2              rules.

3        (c)    If during the course of occupancy, it is determined that a guest is

4              engaged in loitering, loitering for prostitution, or engaged in

5              prostitution activity, the guest shall immediately be removed from

6              the motel and, in the future, such person shall be refused rental of a

7              room.[2]

8        (d)    The details of any eviction, such as the date and time of the

9              eviction, name(s) of the guest, the type of identification and the

10             identification numbers, the type of offense, and the rented room

11             number, shall be disclosed in a legible written format to Assistant

12             City Attorney, Michael J. Casey, Santa Rosa City Attorney's

13             Office, 100 Santa Rosa Avenue, Room 8, Santa Rosa, California

14             95404, every month, by the 5th day of every month.

15    17.    Do not rent rooms to any individual/tenant for more than 29 days without

16 properly screening that individual and obtaining a rental agreement including:

17        (a)    Screen all tenants, including verification of income and

18              employment.

19        (b)    Perform a thorough background check of tenants prior to renting,

20              includes verification of employment history, rental history for the

21             last five years, and criminal background check.

22        (c)    Require all tenants to provide a California Drivers License,

23             California Identification Card, or other picture identification and

24             one other form of identification.  Maintain a copy of the

25             identification in the tenant's rental file.  Maintain a photocopy of

26             each tenant's identification.

27

28        [2]   Guests who have acquired the status of tenants shall be evicted in accordance with applicable laws.

(d)    Require all tenants to sign a rental agreement.

(e)    Require all tenants to sign a written lease agreement, which includes a provision that tenant could be evicted for illegal activities, including narcotic/vice related activity. Require tenants to make payments by personal check, cashier's check or money order.

(f)    Evict all tenants who engage in prostitution or narcotics activities or who allow narcotics or narcotics activities to take place at the business.

(g)    Utilize a rental agreement or add an addendum to the rental agreement which specifies that the following shall be grounds for immediate eviction:

• tenant or visitor of tenant commits any violation of law regarding the possession, use, storage or sale of narcotics, prostitution or gang related crime, on or adjacent to the premises;

• tenant or visitor of tenant allows prostitution to occur in the room, within the Property of the motel or adjacent to the Property;

• tenant or visitor of tenant commits or permits a nuisance to exist in the motel room or common areas of the motel complex;

• tenant or visitor of tenant uses or permits the motel room to be used for any illegal purpose.

18.    Install and maintain high-intensity lighting on the exterior of the Property, which illuminates the front, side and back of the Property, and which deters or discourages loitering and criminal activity. The lighting must be sufficient to make persons who use the parking area, common areas, or curtilage of the Property easily discernible to law enforcement. Utilize approved fixtures and wiring, and place all lighting so that it is shielded and directed onto the Property. No lighting shall shine directly into another adjacent owner's property.

1   Immediately replace any damaged or worn-out lighting.

2        19.    Maintain locks and keys for each guest room. Implement a key deposit

3   system to prevent keys from being circulated or duplicated. All keys shall be stamped "DO NOT

4   DUPLICATE." Ensure that all guest rooms are locked when not in use. The on-site manager

5   shall have duplicate keys available at all times for emergency personnel.

6        20.    Remove any graffiti from the exteriors of the buildings and parking areas

7   within 24 hours and maintain the Property free of graffiti and debris.

8        21.    Hire two armed, state-licensed, and uniformed security guards employed

9   by a California-licensed security patrol operator, to perform roving security at the Property 24

10  hours a day, seven days a week. The guards must wear distinctive uniforms with a patch on each

11  shoulder containing the name of the security patrol company. .

12       22.    Instruct and require your employees to cooperate with any law

13  enforcement entity in their investigations related to the Property and to not impede or interfere

14  with their investigations.

15       23.    Comply with all notices and/or orders issued by any regulatory agency,

16  including, but not limited to, Santa Rosa City Department of Community Development, the Fire

17  Department, and the County Health Department.

18       24.    Install and maintain a public address system. The P.A. system should be

19  used to warn trespassers to leave the Property.

20       25.    Deliver to all current and presently employed employees, all owners and

21  all management, a copy of this Preliminary Injunction, and instruct, inform and educate all

22  employees, owners and managers of their responsibilities and duties to become completely

23  familiar and to fully implement the requirements outlined in the Preliminary Injunction.

24       26.    Only hire and employ desk staff who can ~~effectively communicate in~~

25  ~~English and who can deal with the public, law enforcement, and guests in English, and who can~~

26  capably enforce the conditions and requirements in the Preliminary Injunction.

27       27.    Do not sell or give away condoms and do not rent, sell or give away

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order                17

1    pornographic videos, tapes, DVD discs or compact discs on the Property.  Do not televise or

2    show any pornographic videos, tapes, or DVD discs on the Property-wide television system.

3              28.    Any public telephone or vending machine on the Property shall be located

4    either within the front desk area or in an area where it can be readily and easily monitored by the

5    management.

6              29.    A copy of this Temporary Restraining Order and all conditions of

7    operation and the prices for all accommodations shall be posted along with other required

8    permits in public view and shall be made available to all law enforcement personnel and other

9    public officials upon demand.  The manager or employee on duty at the front desk and check-in

10   desk shall be completely familiar with the conditions in the Temporary Restraining Order and

11   shall implement them as required.

12             30.    Affirmatively monitor guest and visitor use of the common areas for

13   loitering and nuisance activity and require all employees to verify at all times that all persons in

14   common areas are guests or accompanied visitors of guests.

15       This Temporary Restraining Order shall expire on _Nov 29, 2005_.

16       Let the above order issue.

17

18   Dated: _Nov 7_, 2005

19                                          JUDGE OF THE SUPERIOR COURT

20

21

22

23

24

25

26

27

28

Order to Show Cause Re Preliminary Injunction
and Temporary Restraining Order                    18