BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P. O. Box 1678
Santa Rosa, California 95402

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for the City of Santa Rosa

ENDORSED FILED

FEB 14 2006

SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, | Case No. SCV-237667 |
| Plaintiff, | **NOTICE OF ENTRY OF ORDER FOR PRELIMINARY INJUNCTION** |
| v. | (Unlimited Civil Case) |
| RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20, | Honorable Knoel Owen |
| Defendants. | |

See attached Exhibit A.

Notice of Entry of Order for Preliminary Injunction        1

EXHIBIT A

BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P. O. Box 1678
Santa Rosa, California 95402

Telephone: (707) 543-3040
Facsimile:  (707) 543-3055

Attorneys for the City of Santa Rosa

ENDORSED FILED
FEB -9 2006
SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

CITY OF SANTA ROSA,

    Plaintiff,

v.

RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,

    Defendants.

Case No. SCV-237667

STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION

(Unlimited Civil Case)

Honorable Knoel Owen

The City of Santa Rosa, plaintiff, represented by its attorney, Michael J. Casey, defendants Raman D. Patel, individually and as Trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, Jas 4 Ray Properties, L.P., and Prita Patel, represented by Chris P. Andrian, and defendants Rita Patel and David Stafford, represented by L. Stephen Turer, without admitting the allegations of the complaint, agree and stipulate as follows:

That during the pendency of this action, or until further order of the court, defendants Raman D. Patel, individually and as Trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust,

Stipulation & Order for Preliminary Injunction      1

Jas 4 Ray Properties, L.P., Prita Patel, Rita Patel and David Stafford, their agents, employees, representatives, successors, and assigns and all persons acting in concert or participating with actual or constructive notice of this injunction, are hereby enjoined from engaging in or performing, directly or indirectly, any and all of the following acts:

1. Owning, maintaining, managing, operating or occupying the premises at 2400 Santa Rosa Avenue, Santa Rosa, and more specifically described in the Sonoma County Recorders Office as Assessor's parcel number 044-041-066, which includes THE LLANO MOTEL and the fixtures and appurtenances located therein (the "property"), for the purposes of, directly or indirectly, facilitating and/or encouraging prostitution or providing a place where prostitution can occur on the premises.

2. Maintaining, permitting or allowing a public nuisance at the property.

3. Renting rooms or allowing anyone to occupy any rooms on the property.

IT IS FURTHER AGREED, STIPULATED and ORDERED that defendants, and those others referred to above, shall:

4. Maintain, at all times, a current "Trespass Arrest Authorization" form authorizing the Santa Rosa Police Department (SRPD) to arrest persons unlawfully loitering on the property.

5. Maintain and keep posted the signs required in Paragraph D.2. of the Temporary Restraining Order until all buildings on the property are demolished.

6. Cause the termination of any tenancy of, and evict if necessary, any tenants of the motel.

IT IS FURTHER AGREED, STIPULATED AND ORDERED that:

7. Within 30 days, defendants shall fence or board the buildings and property as follows:

   a. If the buildings are boarded they shall be boarded according to the City of Santa Rosa's Department of Community Development's minimum standards for the abatement. These standards are attached as Exhibit 1.

   b. If the property is fenced, the perimeter of the buildings shall be secured by a six foot chain link fence per the diagram attached as Exhibit 2.

Stipulation & Order for Preliminary Injunction    2

8. If defendants choose to fence the buildings and property only, and demolition of the buildings and structures is not commenced within 60 days, then the City may require defendants to board per Paragraph 7a.

9. Within 30 days, defendants shall hire a licensed contractor to demolish, remove, and dispose of all buildings and structures, and all of their components and appurtenances on the property. Defendants shall obtain, or direct their agents and contractors to obtain, all permits and licenses as may be required by City, State or Federal laws within 45 days. City shall not unreasonably withhold approval for any City permits or licenses. City shall also exercise good faith when considering any reasonable written request for additional time to acquire any permit required for demolition and removal due to the discovery of asbestos, lead or other hazardous material. All demolition work, including removal and disposal work, shall comply with all City, State and Federal laws, codes and regulations.

10. Defendants shall immediately commence the demolition of the buildings and structures upon obtaining all necessary permits and licenses. All demolition, removal and disposal work shall be completed in a timely manner, but in no event shall it exceed 30 days after the permits and licenses have been obtained. City shall exercise good faith when considering a reasonable written request for additional time to complete this work due to unforeseen circumstances beyond the defendants' control.

11. If defendants fail to obtain all necessary permits and licenses as noted in Paragraph 9, or fail to commence and complete the work as noted in paragraph 10, then City crews, contractors or agents are authorized to perform the demolition, removal and disposal work at the property. All costs and expenses incurred by the City in performing this work shall be recoverable in this action.

12. City personnel, agents and contractors shall be permitted to enter and inspect the property with written notice 24 hours in advance so that any imminent hazards can be monitored. The City, its personnel, agents and contractors, shall also be permitted, with written notice 24 hours in advance, to enter and inspect the property to monitor whether the provisions of this preliminary injunction are being complied with and followed.

Stipulation & Order for Preliminary Injunction        3

13. City personnel, agents and contractors shall be permitted entry upon the property, with 24 hours written notice, for the purpose of obtaining appropriate inspections, permits, licenses, estimates and/or bids in order to perform any of the abatement, demolition and/or removal work authorized by this preliminary injunction.

14. Defendants shall do nothing that will prevent, impair, frustrate, obstruct or delay efforts by the City in performing or accomplishing the acts set forth in Paragraphs 11, 12, and 13.

15. Following completion of the demolition, removal and disposal work, the defendants shall immediately secure the property with a chain link fence at least six feet in height.

16. After completion of the demolition, removal and disposal work, defendants shall not permit or maintain the accumulation of trash, debris, refuse or other garbage on the property. All such matter shall be removed from the property within 72 hours.

IT IS SO AGREED.

Dated: 2.3.06

_____
MICHAEL J. CASEY, Attorney for the
City of Santa Rosa

Dated: 2-3-06

_____
CHRIS P. ANDRIAN, Attorney for
Raman D. Patel, individually and as Trustee
of the Raman D. And Jashu R. Patel Family
Trust, Raman D. And Jashu R. Patel Residual
Trust and Raman D. And Jashu R. Patel
Survivor's Trust, Jas 4 Ray Properties, L.P.,
and Prita Patel

Dated: 2-3-06

_____
L. STEPHEN TURER, Attorney for
Rita Patel and David Stafford

Dated: 2-6-06

KNOEL L. OWEN
_____
KNOEL OWEN, Judge of the Superior Court

Stipulation & Order for Preliminary Injunction              4

**EXHIBIT 1**

CITY OF
# SANTA ROSA
DEPARTMENT OF COMMUNITY DEVELOPMENT
100 Santa Rosa Avenue
Post Office Box 1678
Santa Rosa, CA 95402-1678

## MINIMUM STANDARDS FOR THE ABATEMENT OF AN ATTRACTIVE NUISANCE (ABANDONED STRUCTURE)

I. EXTERIOR PLYWOOD - 3/4" minimum thickness to be cut larger than the exterior opening by 4" in width and height. Center the plywood over the exterior opening. All openings (i.e., doors, windows, attic or floor vents) which will allow access to the interior of the structure shall be secured by plywood. Any plywood splices or seams positioned over an opening shall be properly secured by wood blocking.

II. INTERIOR SUPPORT MEMBERS - 2"x4" minimum wood members cut longer than the opening by 12" and having a maximum span of 4 feet. Openings larger than 4' in either direction shall have a 4"x4" minimum wood member for support. Support members shall be spaced a maximum of 36" on center and secured per III. Interior members shall be centered over the opening and attached to the structure.

III. MECHANICAL FASTENERS - 1/2" diameter minimum carriage bolts, installed one per corner and 24" on center, bolted through the exterior plywood and the interior wood supports and securely tightened by hex nuts and washers. One-way security lag screws, 1/4" diameter minimum, positioned 16" on center, and securely fastened into the structure shall be used on the last means of egress (opening) from the structure.

IV. MAINTENANCE AND POSTING - After securing the structure/s from unlawful entry, the premises shall be posted "No Trespassing" as required by the Building Division. The premises shall be maintained secure from unlawful entry and trespass by the property owner for the duration of the "Nuisance".

<u>THE ABATEMENT PROCEDURE SHALL BE APPROVED BY THE BUILDING DIVISION.</u>

Contact the City of Santa Rosa Building Division for additional information at *(707) 543-3230.* (See attached drawing for details)



MINIMUM STANDARD FOR SECURING ABANDONED STRUCTURES AND ABATEMENT OF A PUBLIC NUISANCE

**EXHIBIT 2**

MrSID Viewer Proposed temporary fencing

<u>PROOF OF SERVICE</u>

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On February 10, 2006, I served the attached: **NOTICE OF ENTRY OF ORDER FOR PRELIMINARY INJUNCTION** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Chris P. Andrian
Andrian & Gallenson
1100 Mendocino Avenue
Santa Rosa, CA 95401-4363

L. Stephen Turer
Law Office of L. Stephen Turer
610 Davis Street
Santa Rosa, CA 95401

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ] (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[ ] (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on February 10, 2006, at Santa Rosa, California.

__Lynne A. Smith__                    *[signature]*
                                       Signature