THE LAW OFFICES OF L. STEPHEN TURER
L. Stephen Turer, SBN # 46082
Nathaniel G. Raff, SBN # 236138
610 Davis Street
Santa Rosa, California 95401
Telephone: 707/546-1551

Attorney for Defendants RITA PATEL and DAVID STAFFORD.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br>Plaintiff,<br><br>vs.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jahu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20.,<br>Defendant. | Case No.   SCV-237667<br><br>ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE<br><br>(Unlimited Civil) |

RITA PATEL and DAVID STAFFORD (hereinafter "defendants") answer plaintiff's Complaint for Injunctive Relief as follows:

1. Defendants admit the allegations contained in paragraphs 1 and 3.

2. Defendants deny the allegations contained in paragraphs 5, 7, 8, 9, 10 and 11.

3. With respect to the allegations contained in paragraphs 2, 4 and 6, defendants are without sufficient information to allow them to admit or deny these allegations.

//
//
//

1
ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff herein has failed to state facts sufficient to constitute a cause of action against these answering defendants inasmuch as the nuisance complained of, if any, was abated before the Complaint in this matter was filed.

## SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that the nuisance complained of, if any, will have been abated by the time this action comes on for hearing on the injunction.

## THIRD AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that this action is brought in bad faith and for an improper purpose, and is designed to harass, oppress, and injure these answering defendants in both their person and property.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff, at all times herein mentioned, was aware of, had knowledge of, acquiesced in and consented to the acts complained of herein, in breach of

duty, and that said acquiescence and consent was express/implied.

### FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that the violations, if any, alleged in plaintiff's Complaint were not intentional and resulted from a bona fide error, notwithstanding the use of reasonable procedures defendant adopted to avoid such violation, if any.

### SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that the damages contained in plaintiff's prayer are in excess of statutory jurisdiction, authority, or limitations.

### SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff is barred from obtaining any relief due to plaintiff's inequitable conduct, to wit, unclean hands, with respect to the subject matter of plaintiff's complaint.

### EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that there was a lack of notice to defendants as to any possible wrongdoing prior to the filing of the Complaint.

## NINTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff was itself careless and negligent in and about the matters and things set forth and described therein; that said carelessness and negligence of plaintiff caused or contributed to the damages alleged by plaintiff; that the damages sustained by plaintiff, if any, were and are the result of said carelessness and negligence of plaintiff.

## TENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's First Amended Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that persons or entities other than the parties named herein were careless and negligent in and about the matters and things set forth and described therein; that the carelessness and negligence of said other parties proximately caused or contributed to the damages alleged by plaintiff; that the damages sustained by plaintiff, if any, were and are the proximate result of said carelessness and negligence of said other parties.

## ELEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff has stated the allegations and causes of actions set forth in its complaint in conclusory terms, therefore defendants cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, defendants hereby reserve the right to assert further affirmative defenses that may be applicable to this action.

//
//
//

WHEREFORE, defendants pray that the equitable relief prayed for in plaintiff's Complaint be denied; that with respect to relief prayed for at law, plaintiff take nothing by reason of its Complaint; that said defendants be dismissed with their costs of suit; and for such other and further relief as the court may deem just and proper.

Dated: 12-9-05

L. STEPHEN TURER
Attorney for Defendants
RITA PATEL
DAVID STAFFORD

Verifications attached.

---

5

ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE

THE LAW OFFICES OF L. STEPHEN TURER
L. Stephen Turer, SBN # 46082
Nathaniel G. Raff, SBN # 236138
610 Davis Street
Santa Rosa, California 95401
Telephone: 707/546-1551

Attorney for Defendants RITA PATEL and DAVID STAFFORD.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br>               Plaintiff,<br><br>vs.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jahu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20.,<br>               Defendant. | Case No.  SCV-237667<br><br>VERIFICATION OF ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE<br><br>(Code of Civ. Proc. § 446)<br><br>(Unlimited Civil) |

I, Rita Patel, declare as follows:

I am the defendant in the above-entitled action. I have read the foregoing ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE and know the contents thereof, and the same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of December, 2005, at Santa Rosa, California.

                                                                 _/s/ Rita Patel_<br>
                                                                 RITA PATEL

| | |
|---|---|
| 1 | THE LAW OFFICES OF L. STEPHEN TURER |
| | L. Stephen Turer, SBN # 46082 |
| 2 | Nathaniel G. Raff, SBN # 236138 |
| | 610 Davis Street |
| 3 | Santa Rosa, California 95401 |
| | Telephone: 707/546-1551 |
| 4 | |
| | Attorney for Defendants RITA PATEL and DAVID STAFFORD. |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

CITY OF SANTA ROSA,
          Plaintiff,

vs.

RAMAN D. PATEL, individually and as trustee of the Raman D. and Jahu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20.,
          Defendant.

Case No.   SCV-237667

VERIFICATION OF ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE

(Code of Civ. Proc. § 446)

(Unlimited Civil)

I, David Stafford, declare as follows:

I am the defendant in the above-entitled action. I have read the foregoing ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE and know the contents thereof, and the same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8 day of December, 2005, at Santa Rosa, California.

DAVID STAFFORD

1
VERIFICATION OF ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE

Chris P. Andrian, CSB #053073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendants
RAMAN D. PATEL, individually and as
Trustee of the Raman D. and Jahu R. Patel
Family Trust, Raman D. and Jashu R. Patel
Residual Trust and Raman D. and Jashu R.
Patel Survivor's Trust, JAS 4 RAY PROPERTIES,
L.P. and PRITA PATEL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br><br>        Plaintiff,<br><br>vs.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. Patel and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P, RITA PATEL, DAVID STAFFORD, PRITA PATEL, does 3-20,<br><br>        Defendants. | CASE NO. SCV-237667<br><br>**ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF**<br><br>(unlimited civil case) |

RAMAN D. PATEL, individually and as trustee of the RAMAN D. and JASHU R. PATEL FAMILY TRUST, RAMAN D. and JASHU R. PATEL RESIDUAL TRUST and RAMAN D. and JASHU R. PATEL SURVIVOR'S TRUST, JAS 4 RAY PROPERTIES, L.P, and PRITA PATEL (hereinafter "defendants"), answer plaintiff's Complaint for Injunctive Relief as follows:

1. Defendants admit the allegation contain in paragraph 3.

2. Defendants deny the allegations contained in paragraphs 5, 6, 8, 9, and 11.

1

3. Due to the conclusionary and hearsay nature of the allegations contained in paragraphs 2, 1, 4, 7, and 10, defendants are without sufficient information to allow them to admit or deny these allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff herein has failed to state facts sufficient to constitute a cause of action against these answering defendants inasmuch as the nuisance complained of was abated before the Complaint in this matter was filed.

### SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that this action is brought in bad faith and is designed to harass, oppress, and injure these answering defendants in both their person and property.

### THIRD AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff, at all times herein mentioned, was aware of, and had knowledge of and consented to the acts complained of herein, and that said consent was express/implied.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that the violations, if any, alleged in plaintiff's Complaint were not intentional and resulted from a bona fide error notwithstanding the use of reasonable procedures defendant adopted to avoid any such violation, if any.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that the damages contained in plaintiff's prayer are in excess of statutory jurisdiction, authority, or limitations.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff is barred from obtaining any relief due to the fact that it comes to this action with unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that there was a lack of notice to defendants as to any possible wrongdoing prior to the filing of the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff was itself careless and negligent in and about the matters and things set forth and described therein; that said carelessness and negligence of plaintiff caused or contributed to the injuries and damages alleged by plaintiff; that the injuries and damages sustained by plaintiff, if any, were and are the result of said carelessness and negligence of plaintiff.

### NINTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's First Amended Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that persons or entities other than the parties named herein were careless and negligent in and about the matters and things set forth and described therein; that the carelessness and negligence of said other parties proximately caused or contributed to the injuries and damages alleged by plaintiff; that the injuries and damages sustained by plaintiff, if any, were and are the proximate result of said carelessness and negligence of said other parties.

### TENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE to plaintiff's Complaint, and to each Cause of Action thereof, these answering defendants are informed and believe and thereon allege that plaintiff has stated the allegations and causes of actions set forth in its complaint in conclusionary terms, therefore defendants cannot fully anticipate all affirmative defenses that may be applicable to this action.

Accordingly, defendants hereby reserve the right to assert further affirmative defenses that may be applicable to this action.

WHEREFORE, defendants pray that plaintiff take nothing by reason of its Complaint herein; that said defendants be dismissed with their costs of suit incurred herein; and for such other and further relief as the court may deem just and proper.

DATED: January 6, 2006

ANDRIAN & GALLENSON

By: _____
Chris P. Andrian
Attorneys for Defendants
RAMAN D. PATEL, individually and as Trustee of the Raman D. an Jahu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P. and PRITA PATEL

5

## VERIFICATION

I, RAMAN D. PATEL, individually and as trustee of the RAMAN D. and JASHU R. PATEL FAMILY TRUST, RAMAN D. and JASHU R. PATEL RESIDUAL TRUST and RAMAN D. and JASHU R. PATEL SURVIVOR'S TRUST, JAS 4 RAY PROPERTIES, L.P, am a party to the within action; I have read the attached Answer to Complaint for Injunctive Relief and know the contents thereof. The same is true of my own knowledge, except as to those items which are therein alleged on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 6, 2006 at Santa Rosa, California.

_____
RAMAN PATEL

## VERIFICATION

I, PRITA PATEL, am a party to the within action; I have read the attached Answer to Complaint for Injunctive Relief and know the contents thereof. The same is true of my own knowledge, except as to those items which are therein alleged on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 6, 2006 at Santa Rosa, California.

_____
PRITA PATEL

## PROOF OF SERVICE BY MAIL

I declare that:

I am a resident of the County of Sonoma, State of California; I am over the age of eighteen years and not a party of the within action; my business address is 1100 Mendocino Avenue, Santa Rosa, California 95401.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On January 6, 2006 I served the attached **ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF** on the interested parties in said cause, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Rosa, California, addressed as follows:

*Attorney for Plaintiff City of Santa Rosa:*

Michael J. Casey
Office of City Attorney
100 Santa Rosa Avenue Rm. 8
Santa Rosa, CA 95404

*Attorney for Defendant Rita Patel:*

L. Stephen Turer
LAW OFFICES OF L. STEPHEN TURER
610 Davis Street
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this January 6, 2006 at Santa Rosa, California.

_____
Cynthia Waugh