May 11 2006 7:16PM NEXTGEN#AERO 310E813965 P.2

May 11 06 02:32p Andrian & Gallenson 7075269051 p.2

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
TELEPHONE NO.: (707) 527-9381    FAX NO. (Optional): (707) 526-9051
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Defendant RAMAN D. PATEL, individually

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

FOR COURT USE ONLY

**FILED**

MAY 12 2006

Superior Court of California,
County of Sonoma
By _____ Deputy Clerk

CASE NAME:
CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)  **BY FAX** | CASE NUMBER: SCV-237667 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): RAMAN D. PATEL makes the following substitution:
1. Former legal representative ☐ Party represented self ☑ Attorney (name): Chris P. Andrian
2. New legal representative ☑ Party is representing self ☐ Attorney
   a. Name: Frank Alan Weiser    b. State Bar No. (if applicable): 89780
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

   d. Telephone No. (include area code): (213) 384-6964
3. The party making this substitution is a ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • Guardian | • Personal Representative | • Guardian ad litem |
| • Conservator | • Probate fiduciary | • Unincorporated |
| • Trustee | • Corporation | association |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: May 12, 2006
   RAMAN D. PATEL
   (TYPE OR PRINT NAME)    (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: May ___, 2006
   Chris P. Andrian
   (TYPE OR PRINT NAME)    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: May 11, 2006
   Frank Alan Weiser
   (TYPE OR PRINT NAME)    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
(Without Court Order)

Page 1 of 2
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
www.accesslaw.com

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action.  My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On May 12, 2006, I served the document entitled SUBSTITUTION OF ATTORNEY on the interested parties in this action by mailing a true copy thereof addressed as follows:

Brien J. Farell, City Attorney
Michael J. Casey, Assistant City Attorney
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P.O. Box 1678
Santa Rosa, CA 95402

Chris P. Andrian, Esq.
Andrian & Gallenson
1100 Mendocino Avenue
Santa Rosa, CA 95401

X   BY U.S. MAIL:  By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

BY PERSONAL SERVICE:  I delivered such envelope by hand to the persons listed as addressed above.

X   BY FACSIMILE TRANSMISSION:  I caused to be transmitted to the following party at the telephone number listed above.

X   (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 12, 2006, at Los Angeles, California.

_____
Frank A. Weiser

May 11 2006 7:16PM NEXTGEN#AERO 310 8513965 P.4

May 11 06 02:33p Andrian & Gallenson 7075269051 p.4

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State bar number, and address):
Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
TELEPHONE NO.: (707) 527-9381 FAX NO. (optional): (707) 526-9051
E-MAIL ADDRESS (optional):
ATTORNEY FOR (name): Defendant RAMAN D. PATEL, as Trustee of The Raman D. and Jashu R. Patel Family Trust

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

CASE NAME:
CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

**FILED**

FOR COURT USE ONLY

MAY 12 2006

Superior Court of California,
County of Sonoma
By _____ Deputy Clerk

| SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order) | CASE NUMBER: |
|---|---|
| BY FAX | SCV-237657 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): RAMAN D. PATEL, as Trustee of The Raman D. and Jashu R. Patel Family Trust makes the following substitution:

1. Former legal representative ☐ Party represented self ☑ Attorney (name): Chris P. Andrian
2. New legal representative ☐ Party is representing self ☑ Attorney
   a. Name: Frank Alan Weiser     b. State Bar No. (if applicable): 89780
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

   d. Telephone No. (include area code): (213) 384-6964
3. The party making this substitution is a ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

• Guardian      • Personal Representative              • Guardian ad litem
• Conservator   • Probate fiduciary                    • Unincorporated
• Trustee       • Corporation                             association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: May 12, 2006
   RAMAN D. PATEL
   (TYPE OR PRINT NAME)
   ▶ _____  as Trustee of The Raman D. & Jashu R.
   (SIGNATURE OF PARTY)        Patel Family Trust

5. ☑ I consent to this substitution.
   Date: May ___, 2006
   Chris P. Andrian
   (TYPE OR PRINT NAME)
   ▶ _____
   (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: May ___, 2006
   Frank Alan Weiser
   (TYPE OR PRINT NAME)
   ▶ _____
   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2005]

**SUBSTITUTION OF ATTORNEY—CIVIL**
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
Page 1 of 2

www.accessLaw.com

p.4

May 12 06 08:27a

1

2                        PROOF OF SERVICE

3

    STATE OF CALIFORNIA        )
4                              )  ss.
    COUNTY OF LOS ANGELES      )
5

6        I am employed in the County of Los Angeles, am over the
    age of 18 years, and not a party to the within action.  My
    business address is 3460 Wilshire Boulevard, Suite 903, Los
7   Angeles, California 90010.

8        On May 12, 2006, I served the document entitled
    SUBSTITUTION OF ATTORNEY on the interested parties in this
9   action by mailing a true copy thereof addressed as follows:

10       Brien J. Farell, City Attorney
         Michael J. Casey, Assistant City Attorney
11       City of Santa Rosa
         100 Santa Rosa Avenue, Room 8
12       P.O. Box 1678
         Santa Rosa, CA 95402
13
         Chris P. Andrian, Esq.
14       Andrian & Gallenson
         1100 Mendocino Avenue
15       Santa Rosa, CA 95401

16   X    BY U.S. MAIL:  By First Class Mail I deposited such
    envelope with postage thereon fully prepaid in the United
17  States mail at Los Angeles, California.

18       BY PERSONAL SERVICE:  I delivered such envelope by hand
    to the persons listed as addressed above.
19

20   X   BY FACSIMILE TRANSMISSION:  I caused to be transmitted
    to the following party at the telephone number listed above.
21   X   (STATE)   I declare under penalty of perjury under the
    laws of the State of California that the foregoing is true
22  and correct.

23       (FEDERAL)  I declare that I am employed in the office of
    a member of the Bar of this Court at whose direction the
24  service was made.

25       Executed on May 12, 2006, at Los Angeles, California.

26                              _____
                                Frank A. Weiser
27

28

May 11 2006 7:17PM    NEXTGEN#AERO              3108913965          p.6

May 11 06 02:33p    Andrian & Gallenson    7075269051          p.6

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State Bar number, and address):
— Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
TELEPHONE NO.: (707) 527-9381    FAX NO. (Optional): (707) 526-9051
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (name): Defendant RAMAN D. PATEL    as Trustee of The Raman D. and Jashu R. Patel Survivor's Trust

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

CASE NAME:
CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

**FILED**
**MAY 12 2006**
Superior Court of California,
County of Sonoma
By [X] Deputy Clerk

| SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order)   BY FAX | CASE NUMBER: SCV-237667 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name):   RAMAN D. PATEL    as Trustee of The Raman D. and Jashu R. Patel Survivor's Trust makes the following substitution:
1. Former legal representative  [ ] Party represented self  [X] Attorney (name): Chris P. Andrian
2. New legal representative  [ ] Party is representing self  [X] Attorney
    a. Name: Frank Alan Weiser    b. State Bar No. (if applicable): 89780
    c. Address (number, street, city, ZIP, and law firm name, if applicable):
        3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

    d. Telephone No. (include area code):    (213) 384-6964
3. The party making this substitution is a  [ ] plaintiff  [X] defendant  [ ] petitioner  [ ] respondent  [ ] other (specify):

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

• Guardian          • Personal Representative          • Guardian ad litem
• Conservator       • Probate fiduciary                • Unincorporated
• Trustee           • Corporation                        association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take
timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
    Date: May 12, 2006
    RAMAN D. PATEL
    (TYPE OR PRINT NAME)    ▶ _R. Patel_ as trustee of the RAMAND & JASHR Patel Surviv Trust
                                    (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
    Date: May 10, 2006
    Chris P. Andrian
    (TYPE OR PRINT NAME)    ▶ _____
                                    (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
    Date: May 11, 2006
    Frank Alan Weiser
    (TYPE OR PRINT NAME)    ▶ _____
                                    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 1999]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
www.accesslaw.com

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA          )
                             )  ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action.  My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On May 12, 2006, I served the document entitled SUBSTITUTION OF ATTORNEY on the interested parties in this action by mailing a true copy thereof addressed as follows:

        Brien J. Farell, City Attorney
        Michael J. Casey, Assistant City Attorney
        City of Santa Rosa
        100 Santa Rosa Avenue, Room 8
        P.O. Box 1678
        Santa Rosa, CA 95402

        Chris P. Andrian, Esq.
        Andrian & Gallenson
        1100 Mendocino Avenue
        Santa Rosa, CA 95401

X    BY U.S. MAIL:  By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

     BY PERSONAL SERVICE:  I delivered such envelope by hand to the persons listed as addressed above.

X    BY FACSIMILE TRANSMISSION:  I caused to be transmitted to the following party at the telephone number listed above.

X    (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 12, 2006, at Los Angeles, California.

                              Frank A. Weiser

May 11 2006 7:17PM    NEXTGEN#AERO      3108913965      P.5

May 11 06 02:33p    Andrian L Gallenson     7075269051     p.5

**MC-050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Chris P. Andrian, CSB #53073<br>ANDRIAN & GALLENSON<br>1100 Mendocino Avenue<br>Santa Rosa, California 95401<br>TELEPHONE NO.: (707) 527-9381    FAX NO. (Optional): (707) 526-9051<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Defendant RAMAN D. PATEL,   as Trustee of The<br>     Raman D. and Jashu R.<br>     Residual Trust | **FILED**<br><br>MAY 12 2006<br><br>Superior Court of California,<br>County of Sonoma<br>By _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

CASE NAME:
   CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order)    **BY FAX** | CASE NUMBER:<br>SCV-237667 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): RAMAN D. PATEL,   As Trustee of The Raman D. and Jashu R. Residual Trust   makes the following substitution:

1. Former legal representative  ☐ Party represented self  ☑ Attorney (name): Chris P. Andrian
2. New legal representative  ☐ Party is representing self  ☑ Attorney
   a. Name: Frank Alan Weiser     b. State Bar No. (if applicable): 89780
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
     3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

   d. Telephone No. (include area code): (213) 384-6964
3. The party making this substitution is a  ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

### *NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

### NOTICE TO PARTIES WITHOUT ATTORNEYS
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: May 12, 2006
   RAMAN D. PATEL        *Dated as trustee to the Raman D. & Jashu R. Residual Trust*
   (TYPE OR PRINT NAME)        (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: May 1, 2006
   Chris P. Andrian
   (TYPE OR PRINT NAME)        (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: May 11, 2006
   Frank Alan Weiser
   (TYPE OR PRINT NAME)        (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | Page 1 of 2 |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2006]

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
www.accesslaw.com

p.5

May 12 06 08:32a

PROOF OF SERVICE

STATE OF CALIFORNIA        )
                          )  ss.
COUNTY OF LOS ANGELES      )

    I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

    On May 12, 2006, I served the document entitled SUBSTITUTION OF ATTORNEY on the interested parties in this action by mailing a true copy thereof addressed as follows:

        Brien J. Farell, City Attorney
        Michael J. Casey, Assistant City Attorney
        City of Santa Rosa
        100 Santa Rosa Avenue, Room 8
        P.O. Box 1678
        Santa Rosa, CA 95402

        Chris P. Andrian, Esq.
        Andrian & Gallenson
        1100 Mendocino Avenue
        Santa Rosa, CA 95401

    X    BY U.S. MAIL: By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

         BY PERSONAL SERVICE:  I delivered such envelope by hand to the persons listed as addressed above.

    X    BY FACSIMILE TRANSMISSION:  I caused to be transmitted to the following party at the telephone number listed above.

    X    (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

         (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on May 12, 2006, at Los Angeles, California.

                        _____
                        Frank A. Weiser

MC-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>LAW OFFICES OF L. STEPHEN TURER<br>L. Stephen Turer, SBN # 46082<br>Nathaniel G. Raff, SBN # 236138<br>610 Davis Street, Santa Rosa, CA 95401<br>TELEPHONE NO.: 707-546-1551    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Rita Patel | *FOR COURT USE ONLY*<br><br>**FILED**<br><br>MAY – 8 2006<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF SONOMA<br>BY _____ DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS: 600 Administration Drive, Room 107J
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME:

CASE NAME: City of Santa Rosa v. Raman D. Patel, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>SCV-237667 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Rita Patel    makes the following substitution:

1. Former legal representative    ☐ Party represented self    ☑ Attorney *(name):* L. STEPHEN TURER
2. New legal representative    ☐ Party is representing self*    ☑ Attorney
   a. Name: FRANK A. WEISER    b. State Bar No. *(if applicable):* 89780
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      3460 Wilshire Blvd., Ste 903
      Los Angeles, CA 90010
   d. Telephone No. *(include area code):* 213-384-6964
3. The party making this substitution is a    ☐ plaintiff    ☑ defendant    ☐ petitioner    ☐ respondent    ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian    • Personal Representative    • Guardian ad litem
- Conservator    • Probate fiduciary    • Unincorporated
- Trustee    • Corporation    association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

NOTICE TO PARTIES WITHOUT ATTORNEYS
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date:
   Rita Patel
   _____    ► _____
   (TYPE OR PRINT NAME)    (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 3/20/06
   L. STEPHEN TURER
   _____    ► _____
   (TYPE OR PRINT NAME)    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: 4-4-06
   FRANK A. WEISER
   _____    ► _____
   (TYPE OR PRINT NAME)    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    **Page 1 of 2**

| | | |
|---|---|---|
| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2006] | **SUBSTITUTION OF ATTORNEY—CIVIL**<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 376<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |

POS-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Law Offices of L Stephen Turer<br>L. Stephen Turer (SBN 46082)<br>Nathaniel Raff (SBN 236138)<br>610 Davis Street<br>Santa Rosa, CA 95401<br>TELEPHONE NO.:(707) 546 - 1551        FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):Rita Patel | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS:600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE:Santa Rosa, CA 95403
BRANCH NAME:

PETITIONER/PLAINTIFF:City of Santa Rosa

RESPONDENT/DEFENDANT:Raman D. Patel, et al.

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>SCV - 237667 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   610 Davis Street
   Santa Rosa, CA 95401

3. On (date):05/10/2006        I mailed from (city and state): Santa Rosa, CA
   the following **documents** (specify):
   Substitution of Attorney - Civil (without court order)

   [ ] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:
   b. **Address** of person served:

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/10/2006

Orchid Vaghti                                        ▶ O. Vaghti
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)        (SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |

POS-030(P)

| SHORT TITLE: City of Santa Rosa V Raman Patel, et al. | CASE NUMBER: SCV - 237667 |
| --- | --- |

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:

| Name of Person Served | Address *(number, street, city, and zip code)* |
| --- | --- |
| Michael J. Casey, Assistant City Attorney | City of Santa Rosa, 100 Santa Rosa Avenue, Room 8 PO Box 1678 Santa Rosa, CA 95402 |
| Frank A. Weiser, Esq | 3460 Wilshire Blvd., Suite 903 Los Angeles, CA 90010 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1,2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(PERSONS SERVED)
(Proof of Service)**

American LegalNet, Inc.
www.USCourtForms.com

a_ 12 2006 12:52PM    NEX    EN#AERO

May 11 2006 7:17PM    NEXTGEN#AERO

May 11 06 02:34p    Andrian & Gallenson    7075269051    p.7

MC-050

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
TELEPHONE NO.: (707) 527-9381    FAX NO. (Optional): (707) 526-9051
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Defendant JAS 4 RAY PROPERTIES, L.P.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

CASE NAME: CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

**FILED**
MAY 12 2006
Superior Court of California,
County of Sonoma
By _____ Deputy Clerk

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)    BY FAX

CASE NUMBER: SCV-237667

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): RAMAN D. PATEL    on behalf of JAS 4 RAY
    PROPERTIES L.P.    makes the following substitution:
1. Former legal representative ☐ Party represented self ☑ Attorney (name): Chris P. Andrian
2. New legal representative ☐ Party is representing self ☑ Attorney
   a. Name: Frank Alan Weiser    b. State Bar No. (if applicable): 89780
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

   d. Telephone No. (include area code): (213) 384-6964
3. The party making this substitution is a ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**
- Guardian    - Personal Representative    - Guardian ad litem
- Conservator    - Probate Fiduciary    - Unincorporated
- Trustee    - Corporation    association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form
to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take
timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: May 12, 2006
   RAMAN D. PATEL
   (TYPE OR PRINT NAME)    ▶ _____ For JAS 4 RAY Properties L.P.
                              (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: May 11, 2006
   Chris P. Andrian
   (TYPE OR PRINT NAME)    ▶ _____
                              (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: May 11, 2006
   Frank Alan Weiser
   (TYPE OR PRINT NAME)    ▶ _____
                              (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 (Rev. January 1, 2006)    Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376    www.courtinfo.ca.gov

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On May 12, 2006, I served the document entitled SUBSTITUTION OF ATTORNEY on the interested parties in this action by mailing a true copy thereof addressed as follows:

    Brien J. Farell, City Attorney
    Michael J. Casey, Assistant City Attorney
    City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
    P.O. Box 1678
    Santa Rosa, CA 95402

    Chris P. Andrian, Esq.
    Andrian & Gallenson
    1100 Mendocino Avenue
    Santa Rosa, CA 95401

X    BY U.S. MAIL:  By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

     BY PERSONAL SERVICE:  I delivered such envelope by hand to the persons listed as addressed above.

X    BY FACSIMILE TRANSMISSION: . I caused to be transmitted to the following party at the telephone number listed above.

X    (STATE)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

     Executed on May 12, 2006, at Los Angeles, California.

                              _____
                              Frank A. Weiser

May 1? 2006 12:52PM    NEX    EN#AERO                    31C  13965                    P.12

May 11 2006 7:16PM    NEXTGEN#AERO                    31?9513965                    P.3

May 11 06 02:33p    Andrian & Gallenson        7075269051            P.3

MC-050

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(for the State Bar number, and address):*
Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
TELEPHONE NO. (707) 527-9381        FAX NO. *(Optional):* (707) 526-9051
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Defendant PRITA PATEL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS:
MAILING ADDRESS: Hall of Justice, 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, California 95403
BRANCH NAME:

CASE NAME:
CITY OF SANTA ROSA v. RAMAN D. PATEL, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL | CASE NUMBER: |
|---|---|
| (Without Court Order) | BY FAX | SCV-237567 |

**FILED**
MAY 12 2006
Superior Court of California,
County of Sonoma
By _____ Deputy Clerk

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* PRITA PATEL                    makes the following substitution:
1. Former legal representative ☐ Party represented self  ☑ Attorney *(name):* Chris P. Andrian
2. New legal representative  ☐ Party is representing self  ☑ Attorney
   a. Name: Frank Alan Weiser                    b. State Bar No. *(if applicable):* 89780
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010

   d. Telephone No. *(include area code):*  (213) 384-6964
3. The party making this substitution is a  ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify):*

| **NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES** |
|---|
| • Guardian          • Personal Representative          • Guardian ad litem |
| • Conservator       • Probate fiduciary                • Unincorporated |
| • Trustee           • Corporation                        association |
| If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF. |

| **NOTICE TO PARTIES WITHOUT ATTORNEYS** |
|---|
| A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences. |

4. I consent to this substitution.
   Date: May 12, 2006
   PRITA PATEL
   _____
   (TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: May 1?, 2006
   Chris P. Andrian
   _____
   (TYPE OR PRINT NAME)                    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: May 11, 2006
   Frank Alan Weiser
   _____
   (TYPE OR PRINT NAME)                    (SIGNATURE OF NEW ATTORNEY)

*(See reverse for proof of service by mail)*                    Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2004]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
www.accesslaw.com

1
2                           PROOF OF SERVICE
3
       STATE OF CALIFORNIA          )
4                                   )   ss.
       COUNTY OF LOS ANGELES        )
5
            I am employed in the County of Los Angeles, am over the
6      age of 18 years, and not a party to the within action.  My
       business address is 3460 Wilshire Boulevard, Suite 903, Los
7      Angeles, California 90010.
8           On   May   12,   2006,   I   served   the   document   entitled
       SUBSTITUTION OF ATTORNEY on the interested parties in this
9      action by mailing a true copy thereof addressed as follows:
10          Brien J. Farell, City Attorney
            Michael J. Casey, Assistant City Attorney
11          City of Santa Rosa
            100 Santa Rosa Avenue, Room 8
12          P.O. Box 1678
            Santa Rosa, CA 95402
13
            Chris P. Andrian, Esq.
14          Andrian & Gallenson
            1100 Mendocino Avenue
15          Santa Rosa, CA 95401
16     X    BY U.S. MAIL:  By First Class Mail I deposited such
       envelope with postage thereon fully prepaid in the United
17     States mail at Los Angeles, California.
18          BY PERSONAL SERVICE:   I delivered such envelope by hand
       to the persons listed as addressed above.
19
20     X    BY FACSIMILE TRANSMISSION:   I caused to be transmitted
       to the following party at the telephone number listed above.
21     X    (STATE)   I declare under penalty of perjury under the
       laws of the State of California that the foregoing is true
22     and correct.
23          (FEDERAL)  I declare that I am employed in the office of
       a member of the Bar of this Court at whose direction the
24     service was made.
25          Executed on May 12, 2006, at Los Angeles, California.
26
27                              Frank A. Weiser
28

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

LAW OFFICES OF L. STEPHEN TURER
L. Stephen Turer, SBN # 46082
Nathaniel G. Raff, SBN # 236138
610 Davis Street, Santa Rosa, CA 95401
TELEPHONE NO.: 707-546-1551    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): David Stafford

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
STREET ADDRESS: 600 Administration Drive, Room 107J
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME:

CASE NAME: City of Santa Rosa v. Raman D. Patel, et al.

**FILED**

APR 05 2006

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA
By _____ DEPUTY CLERK

| SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order) | CASE NUMBER:
SCV-237667 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): DAVID STAFFORD makes the following substitution:

1. Former legal representative ☐ Party represented self ☑ Attorney (name): L. STEPHEN TURER
2. New legal representative ☐ Party is representing self ☑ Attorney
   a. Name: FRANK A. WEISER    b. State Bar No. (if applicable): 89780
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      3460 Wilshire Blvd., Ste 903
      Los Angeles, CA 90010
   d. Telephone No. (include area code): 213-384-6964
3. The party making this substitution is a ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian        • Personal Representative      • Guardian ad litem
- Conservator     • Probate fiduciary            • Unincorporated
- Trustee         • Corporation                    association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

NOTICE TO PARTIES WITHOUT ATTORNEYS
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date:
   David Stafford
   (TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 3/20/06
   L. STEPHEN TURER
   (TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 4/4/06
   FRANK A. Weiser
   (TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                Page 1 of 2

| Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2005] | SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 376
American LegalNet, Inc.
www.USCourtForms.com |