```
 1  FRANK A. WEISER (#89780)
    Attorney at Law
 2  3460 Wilshire Blvd., Ste. 903
    Los Angeles, California 90010
 3  (213) 384-6964 - (voice)
    (213) 383-7368 - (fax)
 4
    Attorney for Defendants
 5  RAMAN D. PATEL, individually
    and as trustee of the Raman
 6  D. and Jashu R. Patel Family
    Trust, Raman D. and Jashu R.
 7  Patel Residual Trust and
    Raman D. and Jashu R. Patel
 8  Survivor's Trust, JAS 4
    RAY PROPERTIES, L.P., RITA
 9  PATEL, DAVID STAFFORD,
    PRITA PATEL
10
```

**FILED**

APR 2 4 2006

Clerk of the Superior Court of California
County of Sonoma
By _____
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, | Case No. SCV 237667 |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| RAMAN D. PATEL, et al. | |
| Defendants. | |

TO PLAINTIFF CITY OF SANTA ROSA and to their Attorney of Record:

PLEASE TAKE NOTICE THAT Defendants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA

[Notice of Appeal]

PATEL, DAVID STAFFORD, PRITA PATEL hereby appeal in its entirety to the Court of Appeal for the State of California, First Appellate District, the Order for Preliminary Injunction ("Order") filed February 9, 2006.

A copy of the filed Order is attached hereto as Exhibit "A".

Dated: April 14, 2006

LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for Respondent JAGDISHBHAI PATEL and HANSABEN PATEL

[Notice of Appeal]

2

EXHIBIT "A"

BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P. O. Box 1678
Santa Rosa, California 95402

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for the City of Santa Rosa

ENDORSED
FEB -9 2006
SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

CITY OF SANTA ROSA,

    Plaintiff,

v.

RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,

    Defendants.

Case No. SCV-237667

STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION

(Unlimited Civil Case)

Honorable Knoel Owen

The City of Santa Rosa, plaintiff, represented by its attorney, Michael J. Casey, defendants Raman D. Patel, individually and as Trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, Jas 4 Ray Properties, L.P., and Prita Patel, represented by Chris P. Andrian, and defendants Rita Patel and David Stafford, represented by L. Stephen Turer, without admitting the allegations of the complaint, agree and stipulate as follows:

That during the pendency of this action, or until further order of the court, defendants Raman D. Patel, individually and as Trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust,

Stipulation & Order for Preliminary Injunction     1

1 | Jas 4 Ray Properties, L.P., Prita Patel, Rita Patel and David Stafford, their agents, employees,
2 | representatives, successors, and assigns and all persons acting in concert or participating with
3 | actual or constructive notice of this injunction, are hereby enjoined from engaging in or
4 | performing, directly or indirectly, any and all of the following acts:

5 |     1. Owning, maintaining, managing, operating or occupying the premises at 2400
6 | Santa Rosa Avenue, Santa Rosa, and more specifically described in the Sonoma County
7 | Recorders Office as Assessor's parcel number 044-041-066, which includes THE LLANO
8 | MOTEL and the fixtures and appurtenances located therein (the "property"), for the purposes of,
9 | directly or indirectly, facilitating and/or encouraging prostitution or providing a place where
10 | prostitution can occur on the premises.

11 |     2. Maintaining, permitting or allowing a public nuisance at the property.
12 |     3. Renting rooms or allowing anyone to occupy any rooms on the property.

13 | IT IS FURTHER AGREED, STIPULATED and ORDERED that defendants, and those
14 | others referred to above, shall:

15 |     4. Maintain, at all times, a current "Trespass Arrest Authorization" form authorizing
16 | the Santa Rosa Police Department (SRPD) to arrest persons unlawfully loitering on the property.

17 |     5. Maintain and keep posted the signs required in Paragraph D.2. of the Temporary
18 | Restraining Order until all buildings on the property are demolished.

19 |     6. ~~Cause the termination of any tenancy of, and evict if necessary, any tenants of the~~
20 | ~~motel.~~

21 | IT IS FURTHER AGREED, STIPULATED AND ORDERED that:
22 |     7. Within 30 days, defendants shall fence or board the buildings and property as
23 | follows:
24 |     a. If the buildings are boarded they shall be boarded according to the City of
25 | Santa Rosa's Department of Community Development's minimum
26 | standards for the abatement. These standards are attached as Exhibit 1.
27 |     b. If the property is fenced, the perimeter of the buildings shall be secured by
28 | a six foot chain link fence per the diagram attached as Exhibit 2.

Stipulation & Order for Preliminary Injunction     2

8. If defendants choose to fence the buildings and property only, and demolition of the buildings and structures is not commenced within 60 days, then the City may require defendants to board per Paragraph 7a.

9. Within 30 days, defendants shall hire a licensed contractor to demolish, remove, and dispose of all buildings and structures, and all of their components and appurtenances on the property. Defendants shall obtain, or direct their agents and contractors to obtain, all permits and licenses as may be required by City, State or Federal laws within 45 days. City shall not unreasonably withhold approval for any City permits or licenses. City shall also exercise good faith when considering any reasonable written request for additional time to acquire any permit required for demolition and removal due to the discovery of asbestos, lead or other hazardous material. All demolition work, including removal and disposal work, shall comply with all City, State and Federal laws, codes and regulations.

10. Defendants shall immediately commence the demolition of the buildings and structures upon obtaining all necessary permits and licenses. All demolition, removal and disposal work shall be completed in a timely manner, but in no event shall it exceed 30 days after the permits and licenses have been obtained. City shall exercise good faith when considering a reasonable written request for additional time to complete this work due to unforeseen circumstances beyond the defendants' control.

11. If defendants fail to obtain all necessary permits and licenses as noted in Paragraph 9, or fail to commence and complete the work as noted in paragraph 10, then City crews, contractors or agents are authorized to perform the demolition, removal and disposal work at the property. All costs and expenses incurred by the City in performing this work shall be recoverable in this action.

12. City personnel, agents and contractors shall be permitted to enter and inspect the property with written notice 24 hours in advance so that any imminent hazards can be monitored. The City, its personnel, agents and contractors, shall also be permitted, with written notice 24 hours in advance, to enter and inspect the property to monitor whether the provisions of this preliminary injunction are being complied with and followed.

Stipulation & Order for Preliminary Injunction    3

13. City personnel, agents and contractors shall be permitted entry upon the property, with 24 hours written notice, for the purpose of obtaining appropriate inspections, permits, licenses, estimates and/or bids in order to perform any of the abatement, demolition and/or removal work authorized by this preliminary injunction.

14. Defendants shall do nothing that will prevent, impair, frustrate, obstruct or delay efforts by the City in performing or accomplishing the acts set forth in Paragraphs 11, 12, and 13.

15. Following completion of the demolition, removal and disposal work, the defendants shall immediately secure the property with a chain link fence at least six feet in height.

16. After completion of the demolition, removal and disposal work, defendants shall not permit or maintain the accumulation of trash, debris, refuse or other garbage on the property. All such matter shall be removed from the property within 72 hours.

IT IS SO AGREED.

Dated: 2.3.06
MICHAEL J. CASEY, Attorney for the City of Santa Rosa

Dated: 2-3-06
CHRIS P. ANDRIAN, Attorney for Raman D. Patel, individually and as Trustee of the Raman D. And Jashu R. Patel Family Trust, Raman D. And Jashu R. Patel Residual Trust and Raman D. And Jashu R. Patel Survivor's Trust, Jas 4 Ray Properties, L.P., and Prita Patel

Dated: 2-3-06
L. STEPHEN TURER, Attorney for Rita Patel and David Stafford

Dated: 2-6-06
KNOEL L. OWEN
KNOEL OWEN, Judge of the Superior Court

Stipulation & Order for Preliminary Injunction    4

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On April 21, 2006, I served the document entitled SUBSTITUTION OF ATTORNEY on the interested parties in this action by mailing and telefaxing a true copy thereof addressed as follows:

Brien J. Farell, City Attorney
Michael J. Casey, Assistant City Attorney
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P.O. Box 1678
Santa Rosa, CA 95402
Telefax - (707) 543-3055

Chris P. Andrian, Esq.
Andrian & Gallenson
1100 Mendocino Avenue
Santa Rosa, CA 95401

X   BY U.S. MAIL: By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

    BY PERSONAL SERVICE: I delivered such envelope by hand to the persons listed as addressed above.

X   BY FACSIMILE TRANSMISSION: I caused to be transmitted to the following party at the telephone number listed above.

X   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 21, 2006, at Los Angeles, California.

_____
Frank A. Weiser