

# CALIFORNIA COURT OF APPEAL
## FIRST APPELLATE DISTRICT
## DIVISION FOUR

CITY OF SANTA ROSA
v.
RAMEN PATEL et al.

A114060
Sonoma County
Sup. Ct. No. SCV237667

**FILED**

JUL 3 1 2006

Court of Appeal - First App. Dist.
DIANA HERBERT
By_____
         DEPUTY

BY THE COURT:

Respondent's unopposed motion to dismiss this appeal as untimely is granted and this appeal is hereby dismissed.

With the dismissal of this appeal, appellants' motion for an extension of time to file their designation of the appellate record is denied as moot.

Date: JUL 3 1 2006                    RUVOLO, P.J. _____ P.J.