COPY

# CALIFORNIA COURT OF APPEAL
# FIRST APPELLATE DISTRICT
# DIVISION FOUR

CITY OF SANTA ROSA
v.
RAMEN PATEL et al.

A114060
Sonoma County
Sup. Ct. No. SCV237667

**FILED**

AUG 2 8 2006

Court of Appeal - First App. Dist.
DIANA HERBERT
By_____
        DEPUTY

BY THE COURT:

Appellants' motion to reinstate this appeal is denied.

Respondent City of Santa Rosa's motion for sanctions is denied.

Date: AUG 2 8 2006                    RUVOLO, P.J.

_____              _____P.J.