COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 4

Michael J. Casey
City of Santa Rosa
100 Santa Rosa Ave.
PO Box 1678
Santa Rosa, CA 95402

CITY OF SANTA ROSA,
Plaintiff and Respondent,
v.
RAMEN PATEL et al.,
Defendants and Appellants.

A114060
Sonoma County No. SCV237667

## * * REMITTITUR * *

I, Diana Herbert, Clerk of the Court of Appeal of the State of California for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on July 31, 2006 has now become final.

___Appellant  ✓ Respondent to recover costs
___Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this    OCT 1 0 2006

Diana Herbert
Clerk of the Court



I. CALANOC

Deputy Clerk

msck