1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone: (707) 543-3040
5  Facsimile: (707) 543-3055

6  Attorneys for Defendant
   City of Santa Rosa

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 RAMAN D. PATEL, individually and as          Case No. C 06 3267 MMC
   trustee of the Raman D. And Jashu R. Patel
12 Family Trust, Raman D. And Jashu R. Patel   [PROPOSED] ORDER GRANTING
   Residual Trust and Raman D. And Jashu R.    MOTION TO STAY; ADMINISTRATIVELY
13 Patel Survivor's Trust, and as General Partner  CLOSING ACTION
   of the JAS 4 RAY PROPERTIES, L.P.; RITA
14 PATEL; DAVID STAFFORD, individually         Date:   July 14, 2006
   and as guardian of BRIJESH R. DAJI; PRITA   Time:   9:00 a.m.
15 PATEL; BRIAN BALES,                          Place:  Courtroom 7
                                                        450 Golden Gate Avenue
16         Plaintiffs,                                  19th Floor
   v.                                                   San Francisco, CA 94102
17                                              Judge:  Honorable Maxine M.
   CITY OF SANTA ROSA, CITY OF SANTA                    Chesney
18 ROSA POLICE DEPARTMENT; MAYOR
   JANE BENDER, sued individually and in her
19 official capacity; COUNCILMEMBER JANET
   CONDRON, sued individually and in her
20 official capacity; DETECTIVE THOMAS
   PEIRSOL, sued individually and in his official
21 capacity; DETECTIVE STEVE FRAGA, sued
   individually and in his official capacity; CITY
22 OF SANTA ROSA POLICE OFFICER GREG
   YAEGER; CITY OF SANTA ROSA POLICE
23 OFFICER PAUL HENRY; CITY OF SANTA
   ROSA POLICE OFFICER ERIC
24 GOLDSCHLAG; CITY OF SANTA ROSA
   POLICE OFFICER DAVID P. GORMAN;
25 CITY OF SANTA ROSA POLICE OFFICER
   DAVID MARCONI; CITY OF SANTA ROSA
26 POLICE OFFICER MICHAEL S. TOSTI;
   CITY OF SANTA ROSA POLICE OFFICER
27 DAVID LINSCOMB; CITY OF SANTA
   ROSA POLICE OFFICER DAVID JONES;
28 CITY OF SANTA ROSA POLICE OFFICER

[Proposed] Order                                1

| | |
|---|---|
| 1 | MICHAEL CHAD HEISER; SANTA ROSA POLICE OFFICER CHRISTOPHER |
| 2 | PARMAN; CITY OF SANTA ROSA POLICE OFFICER MARCUS R. SPRAGUE; CITY OF |
| 3 | SANTA ROSA POLICE OFFICER DAVID ALBRITTON; CITY OF SANTA ROSA |
| 4 | POLICE OFFICER MATTHEW TOMLIN; CITY OF SANTA ROSA POLICE OFFICER |
| 5 | NOAH CADE; CITY OF SANTA ROSA POLICE OFFICER KOHUT sued as DOE 1 |
| 6 | individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GARY |
| 7 | NEGRI, sued as DOE 2 individually and in his official capacity; CITY OF SANTA ROSA |
| 8 | POLICE OFFICER BARR, sued as DOE 3 individually and in his official capacity; DOES |
| 9 | 4 THROUGH 10, INCLUSIVE, |
| 10 | Defendants. |
| 11 | _____/ |

The doctrine of *Younger* abstention precludes this Court from hearing federal actions that interfere with ~~seeking relief against~~ state civil proceedings if the state proceeding: 1) is pending when the federal action is filed; 2) is a judicial proceeding that implicates important state interests; and 3) affords the federal plaintiffs an adequate opportunity to present their federal claims. See *Gilbertson v. Albright* (9th Cir. 2004) 381 F.3d 965, 975, 977-978 (en banc).

As all three factors are present in the instant action, the Court hereby GRANTS the City of Santa Rosa's request to stay this action until the state court civil abatement proceedings have been completed. The action is hereby administratively CLOSED, but may be reopened if ~~IT IS SO ORDERED.~~ plaintiffs file a request to reopen the action within thirty days after the exhaustion of all appellate remedies in the state court civil abatement proceedings. See Huffman v. Pursue, Ltd., 420 U.S. 592, 608 (1975) (holding Younger abstention remains in effect until appellate remedies are exhausted).

IT IS SO ORDERED.

Dated: __August 14__, 2006            _[signature]_
                                      UNITED STATES DISTRICT JUDGE

[Proposed] Order                                   2