BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P. O. Box 1678
Santa Rosa, California 95402

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for the City of Santa Rosa

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
ATTEST: SEP 18 2006
Clerk of the Superior Court of California
County of Sonoma
By _____ Deputy Clerk

FILED
JUL 24 2006
Superior Court of California,
County of Sonoma
By _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br><br>  Plaintiff,<br><br>v.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br>  Defendants.<br> / | Case No. SCV-237667<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND SANCTIONS<br><br><u>Unlimited Civil Case</u><br><br><br>Honorable Knoel Owen |

The Court, having reviewed and considered plaintiff's moving and reply papers, as well as the defendant's opposition, issued its tentative ruling on July 5, 2006, granting the plaintiff's Motion to Compel Discovery and Sanctions. Neither party having requested oral argument and good cause appearing, the court adopts its tentative ruling as follows:

IT IS HEREBY ORDERED that the Motion to Compel Answers is GRANTED. Defendants are ordered to produce responses, without objections, to the Form Interrogatories, Set One, and Demand for Inspection and Production of Documents, Set One, within 20 days of being

\\

\\

[Proposed] Order                                                            1

1 | served with a copy of this order. Defendants are to pay plaintiff sanctions of $325 within 30 days
2 | for necessitating this motion.
3 |     IT IS SO ORDERED.

5 | Dated: _Jan 21, 2006_

                        JUDGE OF THE SUPERIOR COURT

[Proposed] Order      2