1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone: (707) 543-3040
5  Facsimile: (707) 543-3055

   **FILED**
   SEP 19 2006
   SUPERIOR COURT OF CALIFORNIA,
   COUNTY OF SONOMA
   BY _____ DEPUTY CLERK

6  Attorneys for the City of Santa Rosa

7

8              SUPERIOR COURT OF CALIFORNIA

9                    COUNTY OF SONOMA

10
    CITY OF SANTA ROSA,                        Case No. SCV-237667
11
              Plaintiff,
12  v.                                         [PROPOSED] ORDER GRANTING
                                               MOTION TO COMPEL
13  RAMAN D. PATEL, individually and as        RESPONSES TO FORM
    trustee of the Raman D. and Jashu R. Patel INTERROGATORIES; THAT
14  Family Trust, Raman D. and Jashu R. Patel  GENUINENESS OF DOCUMENTS
    Residual Trust and Raman D. and Jashu R.   BE ADMITTED, AND AWARD OF
15  Patel Survivor's Trust, JAS 4 RAY          SANCTIONS
    PROPERTIES, L.P., RITA PATEL, DAVID
16  STAFFORD, PRITA PATEL and DOES 3-          **Unlimited Civil Case**
    20,
17
              Defendants.
18  _____/   Honorable Knoel Owen

                                               Date:       September 19, 2006
19  I HEREBY CERTIFY THAT THE WITHIN INSTRU-   Time:       8:30 a.m.
    MENT IS A FULL, TRUE AND CORRECT COPY OF   Courtroom:  18
20  THE ORIGINAL ON FILE IN THIS OFFICE        Judge:      Hon. Knoel Owen
    ATTEST: OCT 02 2006                        Trial Date: October 6, 2006
21  Clerk of the Superior Court of California
    County of Sonoma
22  By _____
       Deputy Clerk

23         The court, having reviewed and considered the plaintiff's moving and reply papers, as

24  well as the defendants' opposition, issued its tentative ruling on September 18, 2006, granting

25  plaintiff's Motion to Compel Responses to Form Interrogatories; for Order that the Genuineness

26  of Documents be Admitted, and Request for Sanctions. Neither party having requested oral

27

28
    [Proposed] Order                          1

1  argument to contest the tentative ruling, and good cause appearing, the court adopts its tentative

2  ruling as follows:

3  IT IS HEREBY ORDERED that the plaintiff's Motion to Compel Responses to Form

4  Interrogatories and have Request for Admissions of Genuineness of Documents admitted is

5  GRANTED. Defendants Raman D. Patel, individually and as trustee, JAS 4 RAY

6

7  PROPERTIES, L.P., and Prita Patel shall provide responses to the form interrogatories, set one,

8  served upon them on May 22, 2006, without objection, by September 25, 2006.

9  FURTHERMORE, IT IS ORDERED that the genuineness of the documents specified in

10  plaintiff's Request for Admission of Genuineness of Documents, served upon the defendants on

11  May 19, 2006, shall be deemed admitted.

12  Defendants Raman D. Patel, individually and as trustee, JAS 4 RAY PROPERTIES, L.P.,

13  Rita Patel and Prita Patel shall pay plaintiff a monetary sanction of $325.

14

15  IT IS SO ORDERED.

17  Dated: Sept 19, 2006

JUDGE OF THE SUPERIOR COURT

[Proposed] Order                                2