1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone: (707) 543-3040
5  Facsimile:  (707) 543-3055

6  Attorneys for the City of Santa Rosa

7

8               SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF SONOMA

10
    CITY OF SANTA ROSA,                          Case No. SCV-237667
11
              Plaintiff,                         [PROPOSED] ORDER GRANTING
                                                 MOTION TO COMPEL
12  v.                                           RESPONSES TO DEMAND FOR
                                                 INSPECTION AND PRODUCTION
13  RAMAN D. PATEL, individually and as          OF DOCUMENTS AND THINGS
    trustee of the Raman D. and Jashu R. Patel   (SET #2) AND AWARDING
14  Family Trust, Raman D. and Jashu R. Patel    SANCTIONS
    Residual Trust and Raman D. and Jashu R.
15  Patel Survivor's Trust, JAS 4 RAY            Unlimited Civil Case
    PROPERTIES, L.P., RITA PATEL, DAVID
16  STAFFORD, PRITA PATEL and DOES 3-
    20,
17                                               Honorable Knoel Owen
              Defendants.
18                                               Date:       September 19, 2006
                                                 Time:       8:30 a.m.
19                                               Courtroom:  18
                                                 Judge:      Hon. Knoel Owen
20                                               Trial Date: October 6, 2006

21  I HEREBY CERTIFY THAT THE WITHIN INSTRU-
    MENT IS A FULL, TRUE AND CORRECT COPY OF
    THE ORIGINAL ON FILE IN THIS OFFICE
    ATTEST: OCT 02 2006
    Clerk of the Superior Court of California
    County of Sonoma
    By
    Deputy Clerk

23       The court, having reviewed and considered the plaintiff's moving and reply papers, as

24  well as the defendants' opposition, issued its tentative ruling on September 18, 2006, granting

25  plaintiff's Motion to Compel Responses to Demand for Inspection and Production of Documents

26  and Things (Set #2) and Request for Sanctions. Neither party having requested oral argument to

27

28
    [Proposed] Order                             1

contest the tentative ruling, and good cause appearing, the court adopts its tentative ruling as follows:

IT IS HEREBY ORDERED that the plaintiff's Motion to Compel Responses to Demand for Inspection and Production of Documents and Things (Set #2) and Request for Sanctions is GRANTED. Defendants Raman D. Patel, individually and as trustee, and JAS 4 RAY PROPERTIES, L.P., shall comply with this request, without objection, by September 25, 2006. These defendants shall pay plaintiff a monetary sanction of $325.

IT IS SO ORDERED.

Dated: Sept 19, 2006

JUDGE OF THE SUPERIOR COURT

[Proposed] Order

2