1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone:  (707) 543-3040
5  Facsimile:   (707) 543-3055

6  Attorneys for the City of Santa Rosa

ENDORSED
FILED

SEP 19 2006

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br><br>Plaintiff,<br><br>v.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br>Defendants. | Case No. SCV-237667<br><br>[PROPOSED] PROTECTIVE ORDER AND GRANT OF IMMUNITY<br><br>**Unlimited Civil Case**<br><br>Honorable Knoel Owen<br><br>Date:        September 19, 2006<br>Time:        8:30 a.m.<br>Courtroom: 18<br>Judge:       Hon. Knoel Owen<br>Trial Date:  October 6, 2006 |

The court has reviewed and considered the plaintiff's moving papers, and finds proof of service has been made on the Sonoma County District Attorney, the defendants, Kellie Richardson, Jamie Thistlethwaite, Arthur Savano, and Jack Montgomery. No opposition to the Motion to Compel and Request for Protective Order and Grant of Immunity has been filed. The court issued its tentative ruling on September 18, 2006, dropping the motion for lack of proof of service, but further ruling that if proof of service is provided, the motion and request for an

[Proposed] Protective Order and Grant of Immunity    1

immunity order are granted. Proof of service has been adequately shown and neither party nor the District Attorney has requested oral argument. GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that plaintiff's Motion to Compel Answers at Deposition and Production of Documents, and for Protective Order and Grant of Immunity is GRANTED.

Kellie Richardson and Arthur Savano are necessary and material witnesses. A Protective Order and Grant of Immunity shall issue for each of them on the following terms:

    a) That Kellie Richardson and Arthur Savano are compelled to answer questions at deposition, and produce requested documents, concerning the following subject matter:

        1) The subject matter and contents of their statements to the Santa Rosa Police Department concerning prostitution activity at the Llano Motel.

        2) The documents subject to production in the witnesses' subpoena duces tecum for deposition.

        3) Employment at the Llano Motel, including, but not limited to, duties and responsibilities, supervision and instruction, and salary/benefits/living arrangements.

        4) Ownership, operation and management of the Llano Motel.

        5) Identity of employees and others who worked on the premises, i.e., maids, maintenance workers.

        6) The defendants and their involvement and contact with motel, including, but not limited to, their instructions and directions to the witnesses regarding manager duties, room rates, registration policy,

daily reports, income and revenue, house rules, dealings with prostitutes, pimps and the police.

    7) Prostitution activity at the Llano Motel.

b) That the witnesses shall not be prosecuted or subjected to penalty or forfeiture for or on account of any fact or act, in accordance with the order, they were required to answer or produce evidence.

c) That the protective order and immunity applies to testimony given by the witnesses at deposition and at trial in the matter of *City of Santa Rosa v. Raman D. Patel, et al*, Sonoma Superior Court Case No. SCV-237667.

d) That the protective order and grant of immunity shall be effective only if the witnesses testify fully and truthfully.

e) Kellie Richardson and Arthur Savano shall submit to further deposition at a date, time and place to be scheduled and noticed by plaintiff.

SO ORDERED.

Dated: 9-19-06

KNOEL OWEN
JUDGE OF THE SUPERIOR COURT

[Proposed] Protective Order and Grant of Immunity   3

1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone: (707) 543-3040
5  Facsimile: (707) 543-3055

6  Attorneys for the City of Santa Rosa

**ENDORSED FILED**

SEP 2 0 2006

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

CITY OF SANTA ROSA,

    Plaintiff,

v.

RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,

    Defendants.

Case No. SCV- 237667

**PROOF OF SERVICE**
(C.C.P 1013, 1013A, 2015.5; CRC 2008)

(Unlimited Civil Case)

Date: 09-25-06
Time: 1:30 pm
Ctrm: 918

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Santa Rosa Avenue, Room 8, Santa Rosa, California.

On September 19, 2006, I served the following:

1.    PROTECTIVE ORDER AND GRANT OF IMMUNITY

2.    PROOF OF SERVICE

on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Sonoma County District Attorney's Office
Hall of Justice - Room 212-J
600 Administration Drive
Santa Rosa, CA 95403

Proof of Service                      1

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

Jack Montgomery, Esq.
411 Russell Avenue
Santa Rosa, CA 95403

Jamie Thistlethwaite, Esq.
444 10th Street, 4th Floor
Santa Rosa, CA 95401

Kellie Richardson
Arthur Savano
2605 Range Avenue, #57
Santa Rosa, CA 95403

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ] (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on September 19, 2006, at Santa Rosa, California.

Lynne Smith                              _____
                                         Signature

Proof of Service                         2