```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  P. O. Box 1678
    Santa Rosa, California 95402
 4  Telephone: (707) 543-3040
    Facsimile:  (707) 543-3055
 5
    Attorneys for Plaintiff City of Santa Rosa
 6
```

ENDORSED
FILED

FEB 2 1 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br><br>    Plaintiff,<br>v.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br>    Defendants. | Case No. SCV-237667<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(Unlimited Civil Case)<br><br>Date:        February 21, 2007<br>Time:        8:30 a.m.<br>Courtroom:   18<br>Trial Date:  March 2, 2007<br>Judge:       Hon. Judge Knoel Owen |

Having read and considered the papers and supporting declarations in favor of the motion and those in opposition and after hearing oral argument on Wednesday, February 21, 2007, by both counsel for plaintiff and defendants, the court adopts its tentative ruling granting plaintiff's motion for leave to file an amended complaint. GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the plaintiff's motion to file an amended complaint is GRANTED. It is further ordered that the First Amended Complaint be deemed filed and served upon all defendants as of the date this order is signed.

SO ORDERED.

Dated: __Feb. 21__, 2007

KNOEL OWEN
JUDGE OF THE SUPERIOR COURT

Order                                     1

BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
P. O. Box 1678
Santa Rosa, California 95402

Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for the City of Santa Rosa

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, | Case No. SCV- 237667 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | (C.C.P 1013, 1013A, 2015.5; CRC 2008) |
| RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20, | (Unlimited Civil Case) |
| Defendants. | |

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Santa Rosa Avenue, Room 8, Santa Rosa, California.

On February 21, 2007, I served the following:

1. **ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

2. **FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF UNDER RED LIGHT ABATEMENT LAW AND ABATEMENT OF NUISANCE; UNLAWFUL BUSINESS PRACTICES**

3. **PROOF OF SERVICE**

Proof of Service                                                                1

1  on the following parties to this action by placing a true copy therein in a sealed envelope,

2  addressed as follows:

3  Frank A. Weiser, Esq.
   Law Offices of Frank A. Weiser
4  3460 Wilshire Boulevard, Suite 903
   Los Angeles, CA 90010

5

6  [X]    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for
7  processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for
8  processing.

9  [ ]    (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

10     I declare under penalty of perjury, under the laws of the State of California, that the

11  foregoing is true and correct and that this declaration was executed on February 21, 2007, at

12  Santa Rosa, California.

13

14  ___Lynne Smith___          _____Lynne A. Smith_____
                                Signature

Proof of Service                    2