```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  P. O. Box 1678
    Santa Rosa, California 95402
 4
    Telephone:  (707) 543-3040
 5  Facsimile:  (707) 543-3055

 6  Attorneys for Plaintiffs City of Santa Rosa,
    People of the State of California
 7
```

ENDORSED
FILED
APR 2 7 2007
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA, | Case No. SCV-237667 |
| Plaintiffs, | **ORDER OVERRULING DEMURRER TO FIRST AMENDED COMPLAINT** |
| v. | (Unlimited Civil Case) |
| RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20, | Trial Date:  July 13, 2007<br>Judge:       Hon. Knoel Owen |
| Defendants. | |

This matter came on for oral argument on April 24, 2007, in Courtroom #18 at 8:30 a.m., the Honorable Knoel Owen presiding. The court read and considered the papers in support of, and in opposition to, the demurrer to the First Amended Complaint. A tentative ruling overruling the demurrer issued. Having heard from counsel on behalf of the plaintiffs and the defendants, the court adopts its tentative ruling and orders as follows:

The defendants' demurrer to the first amended complaint based on lack of capacity to sue is overruled. Demurrer based on lack of jurisdiction is overruled. The court has jurisdiction to assess damages. Demurrer to the second cause of action for failing to plead plaintiff obtained

Order Overruling Demurrer to First Amended Complaint                                                                1

1  consent from the District Attorney is overruled. Judicial notice is taken that the City of Santa
2  Rosa has a population of less than 750,000 and that plaintiff obtained consent from the District
3  Attorney to file the second cause of action.
4      Defendants have ten (10) days to answer the First Amended Complaint.
5  IT IS SO ORDERED.

8  Dated: __APR 26 2007__, 2007      KNOEL OWEN
                                                   JUDGE KNOEL OWEN

# PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On April 24, 2007, I served the attached: **PROPOSED ORDER OVERRULING DEMURRER TO FIRST AMENDED COMPLAINT**, on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

[X]  (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]  (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) noted above.

[ ]  (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on April 25, 2007, at Santa Rosa, California.

*L.A. Smith*
L.A. Smith