```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  P. O. Box 1678
    Santa Rosa, California 95402
 4
    Telephone: (707) 543-3040
 5  Facsimile: (707) 543-3055

 6  Attorneys for Plaintiff City of Santa Rosa
    and People of the State of California
```

ENDORSED FILED

MAY 21 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br>v.<br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20,<br><br>    Defendants. | Case No. SCV-237667<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE CROSS-COMPLAINT**<br><br>(Unlimited Civil Case)<br><br>Date: 7-10-07<br>Time: 8:30 a.m.<br>Dept.: 18<br>Trial Date: July 13, 2007<br>Judge: Hon. Knoel Owen |

TO defendants/cross-complainants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, and as General Partner of the JAS 4 RAY PROPERTIES, L.P.; RITA PATEL, DAVID STAFFORD, individually and as guardian of BRIJEESH R. DAJI; PRITA PATEL, BRIAN BALES. The plaintiffs City of Santa Rosa and People of the State of California will move the court for an order striking the cross-complaint filed on May 4, 2007, on the grounds that it was improperly filed, without leave of court, in

Notice of Motion                                1

1 | violation of *Code of Civil Procedure* § 428.50.

2 |     This motion will be supported by the attached documents, including the supporting declaration of Michael J. Casey, the Memorandum of Points and Authorities in Support thereof; and the pleadings on file.

Dated: May /8 , 2007

_____
MICHAEL J. CASEY
Assistant City Attorney
Attorney for Plaintiffs

## PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On May 18, 2007, I served the attached: **NOTICE OF MOTION AND MOTION TO STRIKE CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT; DECLARATION OF MICHAEL J. CASEY IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT,** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

[X]   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on May 18, 2007, at Santa Rosa, California.

*L.A. Smith* (signature)
L.A. Smith

ENDORSED FILED

MAY 21 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile: (707) 543-3055
5
   Attorneys for Plaintiff City of Santa Rosa
6  and People of the State of California

7

8                    SUPERIOR COURT OF CALIFORNIA
9                         COUNTY OF SONOMA
10

11 | CITY OF SANTA ROSA, PEOPLE OF        | Case No. SCV-237667
   | THE STATE OF CALIFORNIA,             |
12 |                                       | MEMORANDUM OF POINTS AND
   |         Plaintiffs,                   | AUTHORITIES IN SUPPORT OF
13 | v.                                    | MOTION TO STRIKE CROSS-
   |                                       | COMPLAINT
14 | RAMAN D. PATEL, individually and as   |
   | trustee of the Raman D. and Jashu R. Patel | (Unlimited Civil Case)
15 | Family Trust, Raman D. and Jashu R. Patel |
   | Residual Trust and Raman D. and Jashu R.  | Date:    7-10-07
16 | Patel Survivor's Trust, JAS 4 RAY         | Time:    8:30 am
   | PROPERTIES, L.P., RITA PATEL, DAVID       | Dept.:   18
17 | STAFFORD, PRITA PATEL, and DOES 3-    | Trial Date: July 13, 2007
   | 20,                                       | Judge:   Hon. Knoel Owen
18 |                                       |
   |         Defendants.                   |
19 |_____|

20

21

22                                  I.

                                  Issue

23     On October 26, 2005, the City commenced a Red Light Abatement action against the

24 defendants. The defendants answered on December 9, 2005 and stipulated to a preliminary

25 injunction.

26     The case has had two prior trial dates in October 2006 and March 2007, and a third trial

27 setting has been scheduled for July 13, 2007. On May 4, 2007, the defendants filed a 26 page

28
   Memorandum of Points and Authorities              1

cross-complaint against the City, 18 different law enforcement officers, and counsel for plaintiffs.

Should the court strike the cross-complaint when it was filed without leave of court?

## II.

## Facts

Following the initial trial setting of this case, the City obtained leave of court to amend its complaint. The People were added as a plaintiff, as well as a claim under *Business & Professions Code § 17200*. The substantive allegations did not change, i.e., the underlying factual basis for the case remained the same. Defendants unsuccessfully demurred to the First Amended Complaint and recently filed an answer. They also filed a cross-complaint on May 4, 2007, against the City, the Santa Rosa Police Department, two council members, 18 different law enforcement officers, the attorneys prosecuting the case - Brien Farrell and Michael Casey, a City code enforcement officer, a demolition contractor and subcontractor. The gist of the cross-complaint appears to be Federal Civil Rights violations. A demand for a jury was requested and two new parties were added as cross-complainants, Brijesh Daji and Brian Bales. The cross-complaint is, essentially, identical to a complaint that the defendants filed in Federal Court on May 17, 2006, and which has been stayed pending resolution of the underlying Red Light Abatement action.

The cross-complaint was filed without leave of court.

Defendants initially answered the complaint on December 9, 2005. Trial was first scheduled for October 6, 2006. Not having been reached, the matter was subsequently set for trial on March 2, 2007. Again, the case was not reached and a third trial date of July 13, 2007, has been scheduled.

## III.

## A Motion to Strike is Proper

A party may file a motion to strike a pleading within the time allowed to respond to it.[1]

---

[1] *Code of Civil Procedure §§* 435(b)(1), 436(b).

Memorandum of Points and Authorities      2

*Code of Civil Procedure § 428.50* controls when leave to file a cross-complaint is required and when it may be filed.[2] § 428.50 states,

> "(a) A party **shall** file a cross-complaint against any of the parties who filed the complaint or cross-complaint against him or her before or **at the same time as the answer to the complaint** or cross-complaint.
>
> (b) Any other cross-complaint may be filed at any time **before the court has set a date for trial.**
>
> (c) A party **shall obtain leave of court** to file any cross-complaint except one filed within the time specified in subdivision (a) or (b). Leave may be granted in the interest of justice at any time during the course of the action." (emphasis added)

The first trial date, October 6, 2006, cut off the right to file a cross-complaint without leave of court.[3] Here, the defendants already answered the complaint. Moreover, the cross-complaint was filed against new parties after three trial dates had been set. Leave of court was required for this cross-complaint to be filed.

The fact that the original complaint was amended and recently answered is of no help to the cross-complainants. First, § 428.50(a) requires that a cross-complaint be filed against a party at the same time as the answer. No provision is made for filing a cross-complaint when the complaint has been amended. Second, § 428.50(b) requires that any other cross complaint may be filed before the court has set a date for trial. Third, § 428.50(c) dictates that leave must be obtained to file any cross-complaint except as provided in (a) or (b). Lastly, the amended complaint did not change or add to the underlying factual circumstances of the case. It merely added remedies under *Business & Professions Code § 17200*.

Technically, defendants weren't even required to file a new answer to the amended

---

[2] 4 *Witkin, Cal. Proc.*, Pleading § 1094; *City of Hanford v. Superior Court* (1989) 208 Cal. App. 3d 580, 586.

[3] *Witkin*, supra; *Loney v. Superior Court*, (1984) 160 Cal. App. 3d 719, 723.

Memorandum of Points and Authorities           3

complaint as the material allegations were substantially unchanged.[4] If the original answer is sufficient, there is no absolute right to file a new answer.[5]

The court also has discretion to bar a cross-complaint that is not timely and not filed in good faith.[6] Defendants' lack of good faith is shown by the following: waiting until the eve of the third trial setting to file the cross-complaint; filing the cross-complaint without obtaining leave of court; failing to advise the court that they had filed a similar complaint in the Northern District Federal Court and that it had been stayed; individually naming, and serving, the attorneys representing the plaintiffs; and requesting a jury in an equitable action. Defendants are merely seeking to delay the trial once again. Like the *Gherman* case, the court should conclude that the defendants are not acting in good faith and filed the cross-complaint merely as a tactical and strategic maneuver to deprive plaintiffs of their right to an equitable decision.[7]

VI.

Conclusion

The cross-complaint was filed well after defendants answered the complaint and after the matter received its third trial setting. Leave of court was required but not obtained. The cross-complaint was not filed in good faith.

The motion to strike the cross-complaint in its entirety should be granted.

Dated: May /8, 2007

MICHAEL J. CASEY
Assistant City Attorney
Attorney for Plaintiffs

---

[4] *Gray v. Hall* (1928) 203 Cal. 306, 310; *Carrasco v. Craft* (1985) 164 Cal. App. 3d 796, 808; *Witkin*, supra, § 1121.

[5] *Witkin, supra, Lincoln County Bank v. Fetterman* (1915) 170 Cal. 357, 361.

[6] *Gherman v. Colburn* (1977) 72 Cal. App. 3d 544, 558.

[7] *Id.* 559-560.

Memorandum of Points and Authorities    4

## PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On May 18, 2007, I served the attached: **NOTICE OF MOTION AND MOTION TO STRIKE CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT; DECLARATION OF MICHAEL J. CASEY IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT**, on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

[X]   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on May 18, 2007, at Santa Rosa, California.

L.A. Smith

1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Plaintiff City of Santa Rosa
6  and People of the State of California

ENDORSED
FILED

MAY 2 1 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br>v.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20,<br><br>Defendants. | Case No. SCV-237667<br><br>DECLARATION OF MICHAEL J. CASEY IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT<br><br>(Unlimited Civil Case)<br><br>Date: 7-10-07<br>Time: 8:30 a.m.<br>Department: 18<br>Trial Date: July 13, 2007<br>Judge: Hon. Knoel Owen |

I, Michael J. Casey, declare:

1. I am employed as an Assistant City Attorney for the City of Santa Rosa and represent plaintiffs City of Santa Rosa and People of the State of California in this case. I am licensed to practice law before all courts of the State of California.

2. On or about May 4, 2007, the defendants filed a 26-page cross-complaint against

Declaration of Michael J. Casey                 1

the City, the Santa Rosa Police Department, and numerous law enforcement officers. Brien Farrell and myself were also personally named as cross-defendants and I was personally served with the cross-complaint on May 14, 2007. I am informed and believe that former councilwoman Janet Condron was served with the cross-complaint and that the Santa Rosa Police Department was served. I am also informed and believe that the Police Department accepted service of the cross-complaint on behalf of the officers that are named in the cross-complaint.

3. The original nuisance complaint was filed on October 26, 2005. The defendants answered the complaint on December 9, 2005. In the Spring of 2006, Frank Weiser was substituted in as counsel for the defendants, who were being represented by Chris Andrian and Stephen Turer. Mr. Weiser appealed the preliminary injunction that his clients had stipulated to. He also filed a Federal Civil Rights action against the City, the Santa Rosa Police Department, numerous law enforcement officers and two City Council members. The federal suit claims violations of 42 U.S.C. Sections 1981, 1983, and 1985, and seeks damages and declaratory relief.

4. Judge Maxine Chesney has issued a stay of the defendants' federal action pending completion of this Red Light Abatement action.

5. I am not aware of the court granting leave for this cross-complaint to be filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of May, 2007 in Santa Rosa, California.

MICHAEL J. CASEY
Assistant City Attorney
Attorney for Plaintiffs

Declaration of Michael J. Casey            2

## PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On May 18, 2007, I served the attached: NOTICE OF MOTION AND MOTION TO STRIKE CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT; DECLARATION OF MICHAEL J. CASEY IN SUPPORT OF MOTION TO STRIKE CROSS-COMPLAINT, on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

[X]   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on May 18, 2007, at Santa Rosa, California.

L.A. Smith