FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Defendants
and Cross-Complainants
RAMAN D. PATEL, individually
and as trustee of the Raman
D. and Jashu R. Patel Family
Trust, Raman D. and Jashu R.
Patel Residual Trust and
Raman D. and Jashu R. Patel
Survivor's Trust, JAS 4
RAY PROPERTIES, L.P., RITA
PATEL, DAVID STAFFORD,
PRITA PATEL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA,<br><br>          Plaintiff,<br><br>vs.<br><br>RAMAN D. PATEL, et al.<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. SCV 237667<br><br>OPPOSITION TO<br>CITY OF SANTA ROSA'S<br>MOTION TO STRIKE ANSWER<br>TO FIRST AMENDED<br>COMPLAINT AND CROSS-<br>COMPLAINT<br><br>Date: July 10, 2007<br>Time: 8:30 a.m.<br>Ctrm: 18 |

I.

MEMORANDUM OF POINTS AND AUTHORITIES

A.  DEFENDANTS HAVE NOW VERIFIED THE ANSWER TO THE FIRST AMENDED COMPLAINT - THE MOTION TO STRIKE THE CROSS-COMPLAINT IS ALSO NOT WELL FOUNDED.

By way of separate cover, all of the defendants have

[Opposition to Motions to Strike]

now verified their Answer to the First Amended Complaint. A copy of the verifications that are being filed under separate cover is attached as Exhibit "A".

The plaintiffs' motion to strike the defendants Answer to the First Amended Complaint should be rendered moot.

The plaintiffs and Cross-defendants CITY OF SANTA ROSA and their related police officers and city officials ("Plaintiifs") motion to strike the cross-complaint is also not well founded. The plaintiffs have not cited any case authority to support their motion. The appeal to the statutory language of California Code of Civil Procedure §428.50 runs counter to a plain reading of the statute.

California Code of Civil Procedure §428.50(a) specifically mandates that "a party shall file a cross-complaint against any of the parties who filed the complaint or cross-complaint against him or her before or at the same time as the answer to the complaint or cross-complaint." (emphasis added).

California Code of Civil Procedure §428.50(b) refers to "any other cross-complaint," with respect to cross-complaints falling as an exception to §428.50(a). Thus, §428.50(a) is clearly the rule, not the exception and defendants and cross-complainants had a statutory right to file a cross-complaint under §428.50(a) at least against the City of Santa Rosa that filed this action against them.

Defendants and cross-complainants would also argue that the other City cross-defendants are permitted under

[Opposition to Motions to Strike]

2

§428.50(a) to be sued since they are City officials and employees, and thus, in a sense the same parties as the City which would be responsible for any judgment that would be rendered against them.

Even if Defendants and cross-complainants would also argue that the other City cross-defendants are not permitted by right to be sued under §428.50(a) since they are City officials and employees, leave to do so under <u>California Code of Civil Procedure</u> §428.50(c) would be requested in the interests of justice and judicial economy since the cross-complaint arises from the same facts that gave rise to the main action filed by the plaintiffs.

II.

CONCLUSION

For all the foregoing reasons, Defendants and Cross-Complainants respectfully request that Motion to Strike the Answer to the First Amended Complaint and Cross-Complaint filed by the City of Santa Rosa be denied.

DATED: June 29, 2007

Respectfully submitted,

LAW OFFICES OF FRANK A. WEISER

By: _/s/ Frank A. Weiser_
FRANK A. WEISER, Attorney for Defendants and Cross-Complainants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL

[Opposition to Motions to Strike]

EXHIBIT "A"

FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Defendants
RAMAN D. PATEL, individually
and as trustee of the Raman
D. and Jashu R. Patel Family
Trust, Raman D. and Jashu R.
Patel Residual Trust and
Raman D. and Jashu R. Patel
Survivor's Trust, JAS 4
RAY PROPERTIES, L.P., RITA
PATEL, DAVID STAFFORD,
PRITA PATEL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

CITY OF SANTA ROSA,   ) Case No. SCV 237667
                      )
                      ) NOTICE OF FILING OF
                      ) VERIFICATIONS TO
          Plaintiff,  ) ANSWER TO FIRST
                      ) AMENDED COMPLAINT
                      )
vs.                   )
                      )
RAMAN D. PATEL, et al.)
                      )
          Defendants. )
_____)

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Defendants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, and PRITA PATEL hereby file the attached verifications to

[Verifications to Answer]

1 | their previously filed Answer to First Amended Complaint
2 | filed by the Plaintiffs, CITY OF SANA ROSA and THE PEOPLE OF
3 | THE STATE OF CALIFORNIA.
4 | DATED: June 29, 2007                    LAW OFFICES OF FRANK A. WEISER

By: _____/s/ Frank A. Weiser_____
FRANK A. WEISER, Attorney for Defendants
RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL

[Verifications to Answer]

2

## VERIFICATION

I am a Defendant in the above-entitled action. I have read the foregoing ANSWER TO FIRST AMENDED COMPLAINT and know the contents thereof. The same is true of my knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 29th day of June 2007 at Santa Rosa, California.

_____
RITA PATEL

3

## VERIFICATION

I am a Defendant in the above-entitled action. I have read the foregoing ANSWER TO FIRST AMENDED COMPLAINT and know the contents thereof. The same is true of my knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 29th day of June 2007 at Santa Rosa, California.

_/s/ Raman Patel_

RAMAN PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, and as the General Partner of the JAS 4 Ray Properties, L.P.

4

06/29/2007  12:11  7075681434  PATEL, INS  PAGE 02/04

Received Fax :    Jun 29 2007 12:38PM    Fax Station :  NEXTIGEN#AERO    p. 2

## VERIFICATION

1 | I am a Defendant in the above-entitled action. I have read the foregoing ANSWER TO FIRST AMENDED COMPLAINT and know the contents thereof. The same is true of my knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 29th day of June 2007 at Santa Rosa, California.

_____
PRITA PATEL

## VERIFICATION

I am a Defendant in the above-entitled action. I have read the foregoing ANSWER TO FIRST AMENDED COMPLAINT and know the contents thereof. The same is true of my knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 29th day of June 2007 at Santa Rosa, California.

_____
DAVID STAFFORD

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

    On June 29, 2007, I served the document entitled NOTICE OF FILING OF ANSWER TO FIRST AMENDED COMPLAINT on the interested parties in this action by personal service and telefaxing a true copy thereof addressed as follows:

    Brien J. Farell, City Attorney
    Michael J. Casey, Assistant City Attorney
    City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
    Santa Rosa, CA 95402
    Facsimile: (707) 543-3055

    Michael E. Bluestone, Esq.
    Senneff, Freeman & Bluestone, LLP
    50 Old Courthouse Square, Suite 401
    P.O. Box 3729
    Santa Rosa, CA 95402-3729
    Facsimile: (707) 526-4250

    BY U.S. MAIL: By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

    X    BY PERSONAL SERVICE: I caused to delivered such document to the persons listed as addressed above.

    X    BY FACSIMILE TRANSMISSION: I caused to be transmitted to the following party at the telephone number listed above.

    X    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on June 29, 2007, at Los Angeles, California.

                                          Frank A. Weiser

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On June 29, 2007, I served the document entitled OPPOSITION TO CITY OF SANTA ROSA'S MOTIONS TO STRIKE ANSWER TO FIRST AMENDED COMPLAINT AND CROSS-COMPLAINT on the interested parties in this action by personal service and telefaxing a true copy thereof addressed as follows:

Brien J. Farell, City Attorney
Michael J. Casey, Assistant City Attorney
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95402
Facsimile: (707) 543-3055

Michael E. Bluestone, Esq.
Senneff, Freeman & Bluestone, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Facsimile: (707) 526-4250

BY U.S. MAIL: By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

X    BY PERSONAL SERVICE: I caused to delivered such document to the persons listed as addressed above.

X    BY FACSIMILE TRANSMISSION: I caused to be transmitted to the following party at the telephone number listed above.

X    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 29, 2007, at Los Angeles, California.

Frank A. Weiser

BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile:  (707) 543-3055

Attorneys for Plaintiff City of Santa Rosa
and People of the State of California

ENDORSED FILED

JUL -2 2007

SUPERIOR COURT
OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and DOES 3-20, <br><br> Defendants. | Case No. SCV-237667 <br><br> **CITY OF SANTA ROSA AND PEOPLE'S REPLY TO DEFENDANTS' OPPOSITION TO MOTIONS TO STRIKE** <br><br> (Unlimited Civil Case) <br><br> Date:       July 10, 2007 <br> Time:       8:30 a.m. <br> Dept.:       18 <br> Trial Date: July 13, 2007 <br> Judge:      Hon. Knoel Owen |

I.

### The Defendants' Opposition is Late

Opposition papers must be filed and served at least nine court days before the hearing.[1] In this case, since July 4, 2007 is a legal holiday, defendants' opposition was due on June 26, 2007. Plaintiffs did not receive their copy of the opposition until it was faxed, three days late, on June 29, 2007.

---

[1] *Code of Civil Procedure* § 1005(b).

Reply to Opposition to Motion to Strike       1

II.

## Defendants Can Not Cure Their Defective Answer Merely by Filing and Serving Verifications

Assuming arguendo that the defendants were required to file an answer to the First Amended Complaint, the answer should have been verified.[2] Defendants cannot just file their verifications and claim no harm, no foul.

At this late date, in light of the pending motion to strike, defendants are required to amend their answer either by stipulation or by leave of court.[3]

III.

## The Cross-Complaint Required Leave of Court

Plaintiffs reiterate their position as stated in their moving papers - leave of court was required for defendants' cross-complaint to be filed. Simply put, *Code of Civil Procedure* § 428.50(a) applies when an answer is filed to the original complaint, not an amended complaint. That is the plain language of the statute. Additionally, defendants have brought new parties into the action, on new allegations that wildly expand upon the allegations in the complaint and amended complaint, after three trial dates have been set.

Leave of court was required for the cross-complaint.

\\
\\
\\
\\
\\
\\
\\
\\

---

[2] *Code of Civil Procedure* § 446(a), *People v. 400* (1993) 17 Cal. App. 4th 1615.

[3] See 4 *Witkin, Calif. Proc.*, Pleading, § 1125; *Bank of America NTSA v. Goldstein* (1938) 25 Cal. App. 2d 37, 45; *Tingley v. Times Mirror Co.* (1907) 151 Cal. 1, 10; *Weil & Brown, Calif. Proc. Before Trial*, §§ 6:610, 6:611.

Reply to Opposition to Motion to Strike         2

## IV.

## Conclusion

For the reasons noted in the moving papers and this reply, plaintiffs request that the court grant their motions to strike the answer and the cross-complaint.

Dated: July 2, 2007

*/s/ Michael J. Casey*
MICHAEL J. CASEY
Assistant City Attorney
Attorney for Plaintiffs

Reply to Opposition to Motion to Strike            3

## PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On July 2, 2007, I served the attached: **CITY OF SANTA ROSA AND PEOPLE'S REPLY TO DEFENDANTS' OPPOSITION TO MOTIONS TO STRIKE**, on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Frank A. Weiser, Esq.
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

[X]  (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]  (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[ ]  (BY FACSIMILE) I caused the said document(s) to be transmitted by facsimile machine to the addressee(s) noted above at the following number(s): (213) 383-7368. The transmission was reported as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on July 2, 2007, at Santa Rosa, California.

L.A. Smith