Sonoma County Superior Court
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403
Phone: (707) 565-1162

**F I L E D**
May 26, 2006
Clerk of the Superior Court of California
County of Sonoma

By

**Kristen Williams**
Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| Plaintiff/Petitioner: | Case No. SCV-237667 |
|---|---|
| CITY OF SANTA ROSA, ET AL | NOTICE OF: **SETTLEMENT CONFERENCE/ TRIAL CALL/** |
| Defendant/Respondent: | |
| JAS 4 RAY PROPERTIES, LP, ET AL | |

YOU ARE NOTIFIED THAT PROCEEDINGS WILL BE HELD AS FOLLOWS IN THIS COURT:

~~SETTLEMENT CONFERENCE: DATE: MONDAY, September 25, 2006~~    TIME: 01:30 P.M.    DEPT. 19#
TRIAL CALL:   DATE: FRIDAY, October 6, 2006    TIME: 08:30 A.M.    CTRM: 18*
    #Located At 1450 Guerneville Road, Bldg G, Santa Rosa
    *Located At 1450 Guerneville Road, Bldg G, Santa Rosa

*********************************************************************************

~~Note: Within two weeks of receipt of this notice, counsel are entitled to one stipulated continuance by letter to a new trial date through the Judicial Assistant.~~ Otherwise, a noticed motion is required. Sanctions will be imposed for failure to comply with SCR 4.7.

*(see attached)*

I certify that I am not a party to this cause and that this notice was mailed first class, postage prepaid, in Santa Rosa, CA, on the following date:

Executed on: May 26, 2006        KRISTEN WILLIAMS, Judical Assistant

**SETTLEMENT CONFERENCE STATEMENTS MUST BE RECEIVED 5 COURT DAYS PRIOR TO S/C**

COUNSEL OF RECORD

✓CASEY, MICHAEL J
ASSISTANT CITY ATTORNEY
100 SANTA ROSA AVE
SANTA ROSA, CA 95403

WEISER, FRANK
3460 WILSHIRE BLVD STE 903
LOS ANGELES, CA 90010

Sonoma County Superior Court
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403
Phone: (707) 565-1162

FILED
October 13, 2006
Clerk of the Superior Court of California
County of Sonoma

By _____
Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

Plaintiff/Petitioner:

CITY OF SANTA ROSA, ET AL

Defendant/Respondent:

JAS 4 RAY PROPERTIES, LP, ET AL

Case No. SCV-237667

NOTICE OF:
**SETTLEMENT CONFERENCE/ TRIAL CALL/**

YOU ARE NOTIFIED THAT PROCEEDINGS WILL BE HELD AS FOLLOWS IN THIS COURT:

SETTLEMENT CONFERENCE: DATE: N/A     TIME: N/A     DEPT. N/A
TRIAL CALL: DATE: FRIDAY, March 2, 2007     TIME: 08:30 A.M.     CTRM: 18*

*Located At 1450 Guerneville Road, Bldg G, Santa Rosa

*********************************************************************************

Note: Within two weeks of receipt of this notice, counsel are entitled to <u>one</u> stipulated continuance by letter to a new trial date through the Judicial Assistant. Otherwise, a noticed motion is required. Sanctions will be imposed for failure to comply with SCR 4.8.

I certify that I am not a party to this cause and that this notice was mailed first class, postage prepaid, in Santa Rosa, CA, on the following date:

Executed on: October 13, 2006            CYNTHIA GADDIE, Judicial Assistant

**SETTLEMENT CONFERENCE STATEMENTS MUST BE RECEIVED 5 COURT DAYS PRIOR TO S/C**

COUNSEL OF RECORD

CASEY, MICHAEL J
ASSISTANT CITY ATTORNEY
100 SANTA ROSA AVE
SANTA ROSA, CA 95403

WEISER, FRANK
3460 WILSHIRE BLVD STE 903
LOS ANGELES, CA 90010

Sonoma County Superior Court
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403
Phone: (707) 565-1162

CITY OF SANTA ROSA
CITY ATTORNEY

**FILED**
March 12, 2007
Clerk of the Superior Court of California
County of Sonoma
By   **Kristen Williams**
Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| Plaintiff/Petitioner: | Case No. SCV-237667 |
|---|---|
| CITY OF SANTA ROSA, ET AL | Amended NOTICE OF: SETTLEMENT CONFERENCE/ TRIAL CALL/ |
| Defendant/Respondent: | |
| JAS 4 RAY PROPERTIES, LP, ET AL | |

YOU ARE NOTIFIED THAT PROCEEDINGS WILL BE HELD AS FOLLOWS IN THIS COURT:

SETTLEMENT CONFERENCE: DATE: N/A      TIME: N/A       DEPT. N/A
TRIAL CALL:   DATE: FRIDAY, July 13, 2007     TIME: 08:30 A.M.   CTRM: 18*

*Located At 1450 Guerneville Road, Bldg G, Santa Rosa

******************************************************************************

Note: Within two weeks of receipt of this notice, counsel are entitled to <u>one</u> stipulated continuance by letter to a new trial date through the Judicial Assistant. Otherwise, a noticed motion is required. Sanctions will be imposed for failure to comply with SCR 4.7.

I certify that I am not a party to this cause and that this notice was mailed first class, postage prepaid, in Santa Rosa, CA, on the following date:

Executed on: March 12, 2007                 KRISTEN WILLIAMS, Judical Assistant

**SETTLEMENT CONFERENCE STATEMENTS MUST BE DELIVERED TO THE ASSIGNED PRO TEM PANELIST(S) AND COURT NO LATER THAN 5 COURT DAYS PRIOR TO S/C**

COUNSEL OF RECORD

✓CASEY, MICHAEL J
ASSISTANT CITY ATTORNEY
PO BOX 1678
SANTA ROSA, CA 95402

WEISER, FRANK
3460 WILSHIRE BLVD STE 903
LOS ANGELES, CA 90010