BRIEN J. FARRELL
City Attorney

MATTHEW J. LeBLANC
SUZANNE C. RAWLINGS
MICHAEL J. CASEY
CAROLINE L. FOWLER
MOLLY L. DILLON
VINCENT C. EWING
Assistant City Attorneys

BRUCE LEAVITT
Of Counsel



CITY OF
SANTA ROSA

OFFICE OF THE CITY ATTORNEY
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404
707-543-3040
Fax: 707-543-3055

July 10, 2007

Frank A. Weiser, Esq.                    *Via Facsimile (213) 383-7368*
Law Offices of Frank A. Weiser
3460 Wilshire Boulevard, Suite 903
Los Angeles, CA 90010

Re:   City of Santa Rosa v. Raman D. Patel, et al.
      Case No. SCV-237667

Dear Mr. Weiser:

   I have received your Notice of Stay and Removal Petition. There is no objective reasonable basis for removal and your use of this procedure is frivolous. As a matter of fact, it is nothing less than a last ditch effort to get out of the trial scheduled for July 13.

   Your petition to remove is untimely and no federal question is presented by our complaint or amended complaint. You neglected to advise the federal court of *Patel v. City of Santa Rosa*, Federal Court Case No. C 063267, and the fact that Judge Chesney stayed that proceeding until the state matter is concluded. You failed to note that you filed your state court cross-complaint late and without leave of court. Your petition for removal also neglects to mention that you filed a cross-complaint, our motion to strike, your opposition, and the hearing date on the motion.

   In the *Patel v. Del Taco, Inc.* (9th Cir. 2006) 446 F.3d 996 decision, the Ninth Circuit upheld an award of almost $10,000 in attorneys fees against you for a similar frivolously filed removal petition.

Frank Weiser, Esq.
July 10, 2007
Page 2

    Please dismiss this removal action immediately so that the matter can be remanded to the state court where it belongs. We have spent a significant amount of time and resources getting ready for trial, especially given the fact that we have preference and this is our third setting. If we are forced to move for remand, we will seek all of our attorneys fees and costs and seek Rule 11 sanctions.

                                         Very truly yours,

                                         MICHAEL J. CASEY
                                         Assistant City Attorney

MJC/ls

cc:    Marshall Bluestone, Esq.

```
                    TRANSACTION REPORT                        P.01/01
                                   2007/JUL/10/TUE 14:09
FAX(TX)
```

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 01 | JUL/10 | 14:09 | 912133837368 | 0:00:38 | 3 | OK  SG3 | 7849 |