Web  Images  Video  News  Maps  Gmail  more ▼                                Sign in

## Google

"frank a. weiser"          [Search]   Advanced Search / Preferences

---

**Web**                           Results 1 - 10 of about 83 for **"frank a. weiser"**. (0.42 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

Sponsored Links

### Frank A. Weiser - a Los Angeles, California (CA) Civil Rights Lawyer
Firm:, **Frank A. Weiser**. Address:, 3460 Wilshire Blvd Suite 903 Los Angeles, CA 90010-2206 Map & Directions. Phone:, (213) 384-6964. Fax:, (213)383-7368 ...
pview.findlaw.com/view/2894944_1 - 18k - Cached - Similar pages

### Frank Weiser, MD
MD Report - Check for disciplinary action, certifications, background.
www.healthgrades.com

### Frank A. Weiser
And to help you finding our attorneys easily we've prepared a short list of misspellings of every attorney: **Frank A Weiser**, Frank A. Wiser, Frank A. ...
attorneys.discuspro.com/California/Los-Angeles/**Frank-A-Weiser**/ - 18k - Supplemental Result - Cached - Similar pages

### Law Offices Of Grank A Weiser (Weiser, Frank Law Offices) - Los ...
NAICS:N/A. SIC #Code:8111. Est. Annual Sales:$140000. Est. Employees:2. Est. Employees at Location:2. Contact Name:**Frank A Weiser**. Contact Title:Owner ...
www.manta.com/coms2/dnbcompany_fyc0yf - 23k - Supplemental Result - Cached - Similar pages

### [PDF] Untitled
File Format: PDF/Adobe Acrobat - View as HTML
**Frank A. Weiser**, Law Offices of **Frank A. Weiser**, Los Ange-. les, California, for the plaintiffs-appellants. Adam Pines, Michael M. Berger, and Benjamin G. ...
caselaw.findlaw.com/data2/circs/9th/0416208P.pdf - Similar pages

### PLANNING AND LAND USE MANAGEMENT COMMITTEE TUESDAY, AUGUST 1, 2000 ...
... TIME LIMIT FILE: 8-22-2000 CF 00-1069 Appeal filed by Balubhai and Sardaben Patel (owners)/ BZA 1999-2525 Travelers Hotel (**Frank A. Weiser**) of the ...
citycouncil.lacity.org/calendar/public/pl0801.txt - 7k - Cached - Similar pages

### [PDF] CERTIFIED FOR PUBLICATION IN THE COURT OF APPEAL OF THE STATE OF ...
File Format: PDF/Adobe Acrobat - View as HTML
**Frank A. Weiser** for Plaintiffs and Appellants. Kaiser & Swindells, Pamela A. Swindells and Eric C. Demler, for Defendant and. Respondent. ...
www.courtinfo.ca.gov/opinions/documents/B188972.PDF - Similar pages

### [DOC] State of California, Court of Appeal Fourth Appellate District ...
File Format: Microsoft Word - View as HTML
JAGDISHBHAI PATEL. Merits. Cause called. **Frank A. Weiser** argued for appellant. Adam Pines argued for respondent. Cause submitted. G034865 DJORDJIJE ORLANDIC ...
www.courtinfo.ca.gov/courts/minutes/documents/GAUG1505.DOC - Similar pages
[ More results from www.courtinfo.ca.gov ]

### C.A.: Fee Award for Expunging of Lis Pendens Not Appealable
Attorneys on appeal were **Frank A. Weiser** for the Shahs and Pamela A. Swindells and Eric C. Demler of Kaiser & Swindells for McMahon. The case is Shah v. ...
www.metnews.com/articles/2007/shah031407.htm - 10k - Cached - Similar pages

Los Angeles Civil Rights Lawyer, Attorney, Lawyers, Attorneys, Law ...
**Frank A. Weiser** - Los Angeles, California, Profile. Law Offices of Jason A. Savlov - Los Angeles, California, Profile. Benjamin Robinson - Los Angeles, ...
lawyers.findlaw.com/lawyer/lawyer_dir/search/jsp/stdSearch_process.jsp?
stq=60&stype=BY_ADDR_OR_ZIP... - 36k - Cached - Similar pages

Santa Ana Civil Rights Lawyer, Attorney, Lawyers, Attorneys, Law ...
**Frank A. Weiser** - Los Angeles, California, Profile. Mitchell, Michael R. - Los Angeles, California, Profile. Law Offices of Jance M. Weberman - Los Angeles, ...
lawyers.findlaw.com/lawyer/lawyer_dir/search/jsp/stdSearch_process.jsp?
stq=80&stype=BY_ADDR_OR_ZIP... - 31k - Cached - Similar pages
[ More results from lawyers.findlaw.com ]

Result Page:　　1　2　3　4　**Next**

Download Google Pack: free essential software for your PC

"frank a. weiser"　　[Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google