**LexisNexis® Total Research System**

Switch Client | Preferences | Feedback | Sign Off | Help

Search | Research Tasks | Search Advisor | Get a Document | Shepard's® | Alerts

Dossier | History

Sources | Guided Search Forms | Command Searching

Legal > Cases - U.S. > Federal Court Cases, Combined

**Enter Search Terms**

**Search Help**

○ Terms and Connectors　● Natural Language　○ Easy Search

```
"frank a. weiser"
```

Suggest Terms for My Search | Search

Check Spelling

Specify your res(earch issue as)
an individual term
(enclosed in quot(es),)
list, or sentence.
Note: Natural La(nguage)
searching does r(ot allow)
use of wildcard c(haracters * )
and !).

Type in your research issue as an individual term, phrase, list or sentence. Enclose phrases in quotation marks. Wildcard characters such as ! or * are not valid in natural language searches.

**Restrict using Mandatory Terms:**
Specify terms that must be found in retrieved documents

Anywhere in retrieved documents: _____

Or only within a document segment: COUNSEL  frank a. weiser

Note: Segment availability differs between sources. Segments may not be applied consistently across sources.

**How Do I...?**
> Restrict using (mandatory)
  terms?
> Restrict by dat(e)

View T(utorial)

**Restrict by Date:**
● No Date Restrictions　○ From ____ To ____　Date Formats...

Search | Research Tasks | Search Advisor | Get a Document | Shepard's® | Alerts
History | Delivery Manager | Dossier | Switch Client | Preferences | Feedback | Sign Off | Help

**LexisNexis®**　About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: **"frank a. weiser"** (Edit Search | Suggest Terms for My Search | Feedback on Your Search)

✦Select for FOCUS™ or Delivery

 1. Ramada Franchise Sys. v. Patel, NO. 03-3494 , UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT , 2004 U.S. App. LEXIS 11300, May 28, 2004, Submitted Under Third Circuit LAR 34.1(a), June 8, 2004, Filed, RULES OF THE THIRD CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

   **OVERVIEW:** The district court did not err in entering a default judgment against the franchisees in a breach of a franchisee agreement even if the franchiser did not comply with its reciprocal discovery obligations.

   **CORE TERMS:** disclosure, default judgment, discovery, pro se, vice, hac, failure to comply, status conference, subject-matter, discovery order ...

 2. United Cable TV v. Cruz, No. 96-55369, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1997 U.S. App. LEXIS 14504, June 6, 1997 **, Submitted, Pasadena, California** The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a); 9th Cir. R. 34-4., June 13, 1997, FILED , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Format at: 116 F.3d 488, 1997 U.S. APP. LEXIS 20463.

   **OVERVIEW:** A default judgment was not set aside when there was prima facie evidence that defendant was served, and sanctions were appropriate on appeal when defendant failed to comply with the appellate rules and failed to put forth a meritorious argument.

   **CORE TERMS:** amount of damages, election, default judgment, awarding damages, willfulness, contest, notice, deems

3. Haworth v. Patel, Case No. 1:06-cv-1373-LJO-NEW (TAG), UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, 2007 U.S. Dist. LEXIS 48380, June 25, 2007, Decided

   **CORE TERMS:** interrogatory, discovery, confer, faxed, answers to interrogatories, failed to provide, admissible, clarifying, answered, fullest ...

 4. Patel v. Del Taco, Inc., Nos. 04-16208, 04-16604 , UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 446 F.3d 996; 2006 U.S. App. LEXIS 10882, February 14, 2006, Argued and Submitted, San Francisco, California , May 2, 2006, Filed

   **OVERVIEW:** Where franchisees joined removal petition as to franchisor's state court action to confirm arbitration award to their federal civil rights complaint, district court properly granted franchisor's 28 U.S.C.S. § 1447 motion for remand and for attorney fees; there was no objectively reasonable basis for removal under 28 U.S.C.S. §§ 1441 or 1443(1).

   **CORE TERMS:** removal, arbitration, attorney's fees, federal claims, civil rights, order staying, compelling arbitration, arbitration award, petition to confirm, stay order ...

5. Patel v. City of Los Angeles, No. 03-57255, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 155 Fed. Appx. 269; 2005 U.S. App. LEXIS 25160, October 20, 2005**, Argued and Submitted, Pasadena, California, November 17, 2005, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

6. Patel v. City of Los Angeles, No. 04-55006, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 154 Fed. Appx. 650; 2005 U.S. App. LEXIS 25159, October 20, 2005, Argued and Submitted, Pasadena, California, November 17, 2005, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

7. Peng v. Hu, No. 02-55852, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 335 F.3d 970; 2003 U.S. App. LEXIS 13837; 2003 Cal. Daily Op. Service 6033; 2003 Daily Journal DAR 7607, April 11, 2003, Argued and Submitted, Pasadena, California, July 10, 2003, Filed, US Supreme Court certiorari denied by Peng v. Hu, 2004 U.S. LEXIS 1653 (U.S., Mar. 1, 2004)

**OVERVIEW:** Appellees summary judgment was affirmed where they were not state actors because there was no concerted action between them to have the brother arrested for robbery. Probable cause existed for the arrest.

**CORE TERMS:** probable cause to arrest, arrest, qualified immunity, arrested, notice of appeal, interviewed, violence, subject matter jurisdiction, summary judgment, domestic ...

8. AB Cellular LA, LLC v. City of Los Angeles, No. 04-55609, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 177 Fed. Appx. 578; 2006 U.S. App. LEXIS 9766, December 8, 2005, Argued and Submitted, Pasadena, California, April 17, 2006, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

9. Verma v. City of Placentia, No. 00-55859, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 25 Fed. Appx. 542; 2001 U.S. App. LEXIS 26604, November 9, 2001, Argued and Submitted, Pasadena, California, December 10, 2001, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

10. Montes v. City of Bellflower, No. 02-55492, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 61 Fed. Appx. 385; 2003 U.S. App. LEXIS 6611, March 6, 2003, Argued and Submitted, Pasadena, California, April 4, 2003, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**CORE TERMS:** federal claims, reservation, remitted, abstention, revoke

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: **"frank a. weiser"** (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
Mandatory Terms: **COUNSEL ( frank a. weiser )**
View: Cite
Date/Time: Wednesday, July 18, 2007 - 6:48 PM EDT

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: "frank a. weiser" (Edit Search | Suggest Terms for My Search | Feedback on Your Search)

✦Select for FOCUS™ or Delivery

11. Galal v. City of Long Beach, No. 03-56854, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 149 Fed. Appx. 682; 2005 U.S. App. LEXIS 20716, September 13, 2005, Argued and Submitted, Pasadena, California, September 22, 2005, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

12. Bhagat v. City of Santa Ana, No. 02-55706, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 58 Fed. Appx. 332; 2003 U.S. App. LEXIS 4306, March 5, 2003 **, Submitted, Pasadena, California** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2)., March 10, 2003, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

   **CORE TERMS:** leave to amend, equal protection claim, new facts, intentional discrimination, motel

13. Wong v. City of L.A., No. 02-56923, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 68 Fed. Appx. 82; 2003 U.S. App. LEXIS 12555, June 9, 2003 **, Submitted** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2)., June 18, 2003, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

14. Alfassi v. City of Los Angeles, No. 99-55047, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1999 U.S. App. LEXIS 33635, December 13, 1999 2, Submitted2 The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2)., December 21, 1999, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 1999 U.S. App. LEXIS 38284.

   **CORE TERMS:** probation, constitutional rights, properly dismissed, probation search, intelligent waiver, malicious prosecution, hotel

15. Morgan v. Commissioner, No. 17424-99, UNITED STATES TAX COURT, T.C. Memo 2000-231; 2000 Tax Ct. Memo LEXIS 271; 80 T.C.M. (CCH) 120; T.C.M. (RIA) 53973, August 1, 2000, Filed

   **OVERVIEW:** Taxpayers' request for redetermination of an alleged tax deficiency was not filed within the required time period, and taxpayers' late petition did not relate back to earlier petition challenging the deficiency filed in federal district court.

   **CORE TERMS:** notice, notices of deficiency, mailed, respondent's determination, mailed to petitioners', last known, lawsuit, redetermine, challenging, refund ...

16. California v. Dawodu, No. 03-50622, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 122 Fed. Appx. 884; 2004 U.S. App. LEXIS 26670, December 8, 2004, Argued and Submitted, Pasadena,

California , December 21, 2004, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** District court order remanding defendant's state prosecution for embezzlement was affirmed; defendant's § 1981 ground failed to satisfy Rachel's second requirement as embezzlement was not the subject of protection by civil rights legislation.

**CORE TERMS:** civil rights, criminal prosecution, removal, state law, order remanding

17. Barklage v. City of San Bernadino, No. 96-56730, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1998 U.S. App. LEXIS 7598, March 4, 1998, Argued and Submitted, Pasadena, California , April 16, 1998, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 1998 U.S. App. LEXIS 15690.

**OVERVIEW:** A property owner was not entitled to damages for the denial by a city of her application for a general plan amendment and conditional use permit where there were no violations of the Fair Housing Act or civil rights, and no inverse condemnation.

18. Dahlz v. County of San Mateo, No. 99-17109, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 6 Fed. Appx. 575; 2001 U.S. App. LEXIS 3541, February 14, 2001 **, Submitted, San Francisco, California** The panel finds this case appropriate for submission without oral argument pursuant to Fed. R. App. P. 34(a)(2)., March 2, 2001, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** Section 1983 and false imprisonment claims could not be maintained against a creditor, his attorney, the county, and sheriff when a debtor was arrested and detained for failure to appear at a debtor's examination pursuant to a legal bench warrant.

19. Dayalji v. City of Compton, No. 97-56369, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1999 U.S. App. LEXIS 4083, March 1, 1999, Argued and Submitted, Pasadena, California , March 11, 1999, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 1999 U.S. App. LEXIS 16486.

**OVERVIEW:** Claimants were not entitled to a conditional use permit to avoid a nonconforming use ordinance because they were afforded due process by the planning commission and city counsel and the law was constitutionally permissible.

**CORE TERMS:** ordinance, tavern, nonconforming uses, amortization period, American Law of Zoning, use permits, conditional, meritless, Matter of Law

20. Sanghvi v. City of Claremont, No. 98-56097, UNITED STATES COURT OF

APPEALS FOR THE NINTH CIRCUIT, 2000 U.S. App. LEXIS 3196, February 10, 2000, Argued and Submitted, Pasadena, California, February 25, 2000, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT., Reported in Table Case Format at: 2000 U.S. App. LEXIS 14884.

**OVERVIEW:** Residential care facility operators who sought to connect their facility to a city sewer system stated a Fair Housing Act claim, but no federal civil rights claims. Equal protection and applied takings claims were not ripe.

**CORE TERMS:** legislative immunity, immunity, sewer system, entitlement, annexation, ripe

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: **"frank a. weiser"** (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
Mandatory Terms: **COUNSEL ( frank a. weiser )**
View: Cite
Date/Time: Wednesday, July 18, 2007 - 6:51 PM EDT

* Signal Legend:
- Warning: Negative treatment is indicated
- Questioned: Validity questioned by citing refs
- Caution: Possible negative treatment
- Positive treatment is indicated
- Citing Refs. With Analysis Available
- Citation information available

* Click on any *Shepard's* signal to *Shepardize®* that case.



About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: "frank a. weiser" (Edit Search | Suggest Terms for My Search | Feedback on Your Search)

⤴Select for FOCUS™ or Delivery

21. Patel v. City of Anaheim, No. 02-56318, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 78 Fed. Appx. 596; 2003 U.S. App. LEXIS 21150, October 7, 2003, Argued and Submitted, Pasadena, California, October 17, 2003, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** Summary judgment on applicants' takings claim was appropriate because the record clearly revealed that city's challenged decision on the conditional use permit applications was necessary to promote the public welfare and to control public nuisance.

**CORE TERMS:** takings claim, summary judgment, property interest, deprived, motel, state law

22. MORGAN v. COMMISSIONER OF INTERNAL REVENUE, No. 00-71435, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 23 Fed. Appx. 813; 2001 U.S. App. LEXIS 27105; 2002-1 U.S. Tax Cas. (CCH) P50,153; 88 A.F.T.R.2d (RIA) 7348, December 3, 2001, Argued and Submitted, Pasadena, California, December 19, 2001, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** Tax court properly found that notices of deficiency mailed to taxpayers satisfied statutory requirements. Tax court had no authority to toll 90-day statutory limitations period for taxpayers to file their petition in tax court.

**CORE TERMS:** notices of deficiency, notice, time period, jurisdictional requirement, redetermination, equitable, equitably

23. Wade v. City of Inglewood, No. 95-56745, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1997 U.S. App. LEXIS 4839, March 7, 1997 **, Submitted, Pasadena, California** The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App. P. 34 (a) and Ninth Circuit Rule 34-4., March 11, 1997, FILED, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT., Reported in Table Case Format at: 108 F.3d 1387, 1997 U.S. App. LEXIS 9253. Certiorari Denied October 6, 1997, Reported at: 1997 U.S. LEXIS 5417.

**OVERVIEW:** City was not liable for allegedly unconstitutional action of city police officer in seizing car where there was no evidence that city had an unconstitutional policy or longstanding practice, that officer had policy-making authority, or that the action was ratified by someone with such authority.

**CORE TERMS:** seizure, summary judgment, municipal, custom, policy-making, constitutional violation, police department, racially, defeat, failed to provide ...

24. Patel v. City of San Bernardino, No. 04-56839, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 207 Fed. Appx. 752; 2006 U.S. App. LEXIS 28015, October 19, 2006, Argued and Submitted, Pasadena, California, November 9, 2006, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO

THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , US Supreme Court certiorari denied by Patel v. San Bernardino, 2007 U.S. LEXIS 3824 (U.S., Apr. 2, 2007)

**OVERVIEW:** City properly was awarded summary judgment in suit arising from City's alleged collection of unlawful transient occupancy tax. Hibbs v. Winn did not overrule the court's decision that limited federal jurisdiction based on Tax Injunction Act in which court limited instant case to pursuing federal remedies only when state remedies proved inadequate.

**CORE TERMS:** ordinance, new ordinance, Tax Injunction Act's, state remedy, invalidating, collection, initiative, overturn

25. Baker v. American Air Lines, Inc., No. 98-56507, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 2000 U.S. App. LEXIS 14093, June 8, 2000, Argued and Submitted, Pasadena, California , June 15, 2000, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 2000 U.S. App. LEXIS 28547.

**OVERVIEW:** Where defendants offered legitimate, nondiscriminatory reasons for plaintiff's termination and plaintiff failed to show discriminatory intent, summary judgment was proper.

**CORE TERMS:** summary judgment, discovery, termination, Civil Rights Act, discriminatory intent, nondiscriminatory, discrepancies, quotations, shifting, movant

26. Cruz v. City of L.A., No. 04-57160 , UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 2007 U.S. App. LEXIS 6245, March 9, 2007 ** , Submitted, Pasadena, California** This panel unanimously finds this case suitable for decision without oral argument. Fed. R. App. P. 34(a)(2)., March 14, 2007, Filed , PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.

**OVERVIEW:** Hotel operator's § 1983 action failed because they could not establish municipal liability because there was no evidence of a policy, practice, or custom by the city or a decision by a municipal policymaker that concerned how to handle a tenant who had been illegally locked out of his room and there was no due process violation.

**CORE TERMS:** municipal, hotel, arrest, police officers, custom, property interest, possessory interests, policymaker, isolated, tenant's ...

27. Inland Valley Dev. Agency v. Patel, No. 03-55308 , UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 116 Fed. Appx. 98; 2004 U.S. App. LEXIS 23013, November 3, 2004 **, Submitted, Pasadena, California** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2)., November 4, 2004, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** State eminent domain suit was not removable, as appellants did not allege any state law that on its face prevented them from enforcing equal

rights in state court or state law supporting inference that rights would not be fairly heard in state court.

**CORE TERMS:** state law, removal, civil rights, constitutional provision, manifest, law providing, federal rights, formal expression, notice, prong

28. Martin v. City of Longbeach, No. 98-55479, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 2000 U.S. App. LEXIS 33633, December 14, 2000 2, Submitted, Pasadena, California2 The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App. P. 34(a)(2)., December 20, 2000, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 2000 U.S. App. LEXIS 38108.

**OVERVIEW:** Dismissal was within discretion where no good cause was shown for lack of timely service, since claims of illnesses of counsel and his father were not shown to have affected ability to accomplish timely service.

**CORE TERMS:** good cause, service of process, heart attack, impacted, progress

29. Ortiz v. County of Los Angeles, No. 97-56540, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 1999 U.S. App. LEXIS 13469, June 11, 1999, Argued and Submitted, Pasadena, California , June 16, 1999, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT. , Reported in Table Case Format at: 1999 U.S. App. LEXIS 27584. Certiorari Denied January 10, 2000, Reported at: 2000 U.S. LEXIS 148.

**OVERVIEW:** In plaintiffs' civil action alleging that defendants violated their constitutional rights, summary judgment for defendants was proper because there were no constitutional violations in plaintiff husband's arrest and prosecution.

**CORE TERMS:** family home, entitlement, prosecutor, arrest, summary judgment, reasonable expectation, property interest, foster family, certification, constitutional violation ...

30. Peng v. City of Bellflower, No. 99-55956, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 30 Fed. Appx. 728; 2002 U.S. App. LEXIS 1793, February 12, 2001, Argued and Submitted, Pasadena, California , February 1, 2002, Filed , RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**OVERVIEW:** Commission hearings did not have res judicata effect; thus, grant of summary judgment on motel owners' § 1983 claim was affirmed; also, municipality was not liable as there was no link between policy and the alleged constitutional deprivation.

**CORE TERMS:** res judicata, preclusive effect, preclusion, res judicata, summary judgment, agency's decision, qualified immunity, claim-preclusive, administrative agency, threshold ...

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: "frank a. weiser" (Edit Search | Suggest Terms for My Search | Feedback on Your Search)

✦Select for FOCUS™ or Delivery

31. Patel v. City of San Bernardino, No. 01-55280, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 310 F.3d 1138; 2002 U.S. App. LEXIS 23453; 2002 Cal. Daily Op. Service 11101; 2002 Daily Journal DAR 12863, March 4, 2002, Argued and Submitted, Pasadena, California, November 13, 2002, Filed, Subsequent appeal at Patel v. City of San Bernardino, 2006 U.S. App. LEXIS 28015 (9th Cir. Cal., Nov. 9, 2006)

   **OVERVIEW:** Tax Anti-Injunction Act did not prevent hotel operators' § 1983 federal suit for damages for a city's collection of occupancy tax after state court declared it unconstitutional. Continued collection deprived operators of adequate state court remedy.

   **CORE TERMS:** state remedies, injunctive relief, declaratory, state tax, Tax Injunction Act, state law, transient, ordinance, invalid, speedy ...

32. Patel v. City of L.A., No. 01-56522, No. 01-56036, No. 01-56037, No. 01-56038, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 47 Fed. Appx. 799; 2002 U.S. App. LEXIS 16350, June 5, 2002, Argued and Submitted, Pasadena, California., August 8, 2002, Filed, RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

   **OVERVIEW:** Hotel owners' § 1983 action was properly dismissed because they failed to state claims under due process, equal protection, First, Fourth, or Fifth Amendments, or Fair Housing Act and district court had discretion to dismiss state law claims.

   **CORE TERMS:** notice, inspections, internal quotation marks, Fair Housing Act, state claims, equal protection claim, post-deprivation, state law claims, public nuisances, virtually identical ...

33. Patel v. Penman, No. 95-55213, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 103 F.3d 868; 1996 U.S. App. LEXIS 33536; 96 Cal. Daily Op. Service 9430; 96 Daily Journal DAR 15503, June 6, 1996, Argued, Submitted, Pasadena, California, December 26, 1996, Filed, Certiorari Denied May 27, 1997, Reported at: 1997 U.S. LEXIS 3274.

   **OVERVIEW:** City violated motel owners' procedural due process rights by not affording them notice and an opportunity for a hearing after city closed their motel as a nuisance, but owners constitutional claims brought in § 1983 action were unsuccessful.

   **CORE TERMS:** motel, notice, summary judgment, downtown, closure, supplemental jurisdiction, building permits, repair, issue of material fact, genuine ...

34. Sanghvi v. City of Claremont, No. 01-56248, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 328 F.3d 532; 2003 U.S. App. LEXIS 8475; 2003 Daily Journal DAR 4889; Accom. Disabilities Dec. (CCH) 10-258, November 6, 2002, Argued and Submitted, Pasadena, California, May 5, 2003, Filed, US Supreme Court certiorari denied by Sanghvi v. Claremont, 2003 U.S. LEXIS 9028 (U.S., Dec. 8, 2003)

**OVERVIEW:** In property owners' FHA discrimination suit regarding a city's denial of sewer services, the city had a non-discriminatory reason for denying the connection and the McDonnell-Douglas jury instructions constituted harmless error.

**CORE TERMS:** sewer, prima facie case, jury instructions, special verdict form, retaliation, annexation, intentional discrimination, shifting, Fair Housing Act, summary judgment ...

35. Hotel & Motel Ass'n of Oakland v. City of Oakland, No. 02-15220, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 344 F.3d 959; 2003 U.S. App. LEXIS 19211; 2003 Cal. Daily Op. Service 8496; 2003 Daily Journal DAR 10613, April 10, 2003, Argued and Submitted, San Francisco, California, September 17, 2003, Filed, US Supreme Court certiorari denied by Hotel & Motel Ass'n v. Oakland, 2004 U.S. LEXIS 4200 (U.S., June 14, 2004)

**OVERVIEW:** Plaintiffs' challenge to ordinances placing maintenance and habitability restrictions on hotels failed because the ordinances did not result in an unconstitutional taking, and did not violate plaintiffs' due process or equal protection rights.

**CORE TERMS:** ordinance, hotel, deemed approved, facial, facial challenge, takings claim, nonconforming use, substantially advances, nuisance, state interest ...

Source: Legal > Cases - U.S. > Federal Court Cases, Combined
Terms: "frank a. weiser" (Edit Search | Suggest Terms for My Search | Feedback on Your Search)
Mandatory Terms: COUNSEL ( frank a. weiser )
View: Cite
Date/Time: Wednesday, July 18, 2007 - 6:49 PM EDT

\* Signal Legend:
- Warning: Negative treatment is indicated
- Questioned: Validity questioned by citing refs
- Caution: Possible negative treatment
- Positive treatment is indicated
- Citing Refs. With Analysis Available
- Citation information available

\* Click on any *Shepard's* signal to *Shepardize*® that case.



About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.