1. CSR, People v Patel (Federal Removal Action) - Time Log
    a. 7.9.07: 6.0 hrs: review notice of stay & removal petition; review N.D. local rule; review FRCP; research removal and remand procedures; tcw M. Bluestone re status, trial and remand
    b. 7.10.07: 6.0 hrs: research removal and remand; letter to F. Weiser re sanctions
    c. 7.10.07: 2.0 hrs: research re attorneys fees, costs and sanctions for removal and rule 11 motion
    d. 7.11.07: 4.0 hrs: research for rule 11 motion
    e. 7.11.07: 4.0 hrs: research for sanctions motion (inherent power, 28 usc 1927 etc.)
    f. 7.12.07: 4.0 hrs: research re sanctions motion
    g. 7.13.07: 6.0 hrs: prepare motion to remand
    h. 7.16.07: 5.0 hrs: prepare motion to remand; prepare declaration in support of motion
    i. 7.17.07: 6.0 hrs: research and preparation of motion for sanctions
    j. 7.17.07: 1.0 hrs: review and revise motion to remand
    k. 7.18.07: 6.0 hrs: prepare motion for sanctions; research re authority of magistrate
    l. 7.18.07: 1.0 hrs: review and revise motion to remand, declarations and exhibits
    m. 7.23.07: 2.0 hrs: prepare declaration in support of motion for sanctions; prepare notice of motion; review and revise motion for sanctions
    n. 7.23.07: 1.5 hrs: prepare proposed remand order; review motion for remand