```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  Santa Rosa, California 95404

 4  Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
 5
    Attorneys for Plaintiffs City of Santa Rosa
 6  and the People of the State of California
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiffs,<br><br>v.<br><br>RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br>            Defendants.<br>_____/ | Case No.  C 07 3528 MMC<br><br>**PROOF OF SERVICE**<br>(C.C.P. 1013, 1013A, 2015.5; CRC 2008)<br><br>Date:   September 21, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA<br>Judge: Hon. Maxine Chesney |

I am employed in the County of Sonoma, State of California.  I am over the age of 18 years and not a party to the within action. My business address is 100 Santa Rosa Avenue, Room 8, Santa Rosa, California.

On July 25, 2007, I served the following:

**1.    PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR ATTORNEY, FRANK A. WEISER, UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT**

Proof of Service                                                                                                                              1

1. POWER.
2. **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SANCTIONS AGAINST DEFENDANTS AND THEIR ATTORNEY UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWER**
3. **DECLARATION OF MICHAEL J. CASEY IN SUPPORT OF MOTION FOR SANCTIONS**
4. **PROOF OF SERVICE**

on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

| | |
|---|---|
| Frank A. Weiser, Esq. | Marshall E. Bluestone, Esq. |
| Law Offices of Frank A. Weiser | Senneff, Freeman & Bluestone, LLP |
| 3460 Wilshire Boulevard, Suite 903 | 50 Old Courthouse Square, #401 |
| Los Angeles, CA 90010 | Santa Rosa, CA 95402 |

[X]   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on July 25, 2007, at Santa Rosa, California.

  Lynne Smith
                                                           Signature

Proof of Service                                                                               2