1   BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
3   Santa Rosa, California 95404

4   Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
5
    Attorneys for Plaintiffs City of Santa Rosa
6   and the People of the State of California

7

8

9
                    UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  CITY OF SANTA ROSA, PEOPLE OF          Case No.  C 07 3528 MMC
    THE STATE OF CALIFORNIA,
13                                         **PROOF OF SERVICE**
            Plaintiffs,                    (C.C.P. 1013, 1013A, 2015.5; CRC 2008)
14  v.
                                           Date:   September 21, 2007
15  RAMAN D. PATEL, individually and as    Time:   9:00 a.m.
    trustee of the Raman D. and Jashu R. Patel   Place:  Courtroom 7, 19th Floor
16  Family Trust, Raman D. and Jashu R. Patel            450 Golden Gate Avenue
    Residual Trust and Raman D. and Jashu R.              San Francisco, CA
17  Patel Survivor's Trust, JAS 4 RAY       Judge: Hon. Maxine Chesney
    PROPERTIES, L.P., RITA PATEL, DAVID
18  STAFFORD, PRITA PATEL and DOES 3-
    20,
19
            Defendants.
20  _____/

21

22          I am employed in the County of Sonoma, State of California.  I am over the age of 18

23  years and not a party to the within action.  My business address is 100 Santa Rosa Avenue, Room

24  8, Santa Rosa, California.

25          On July 26, 2007, I served the following:

26      **1.      [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**

27              **SANCTIONS**

28      **2.      PROOF OF SERVICE**

Proof of Service                                                                        1

1    on the following parties to this action by placing a true copy therein in a sealed envelope,

2    addressed as follows:

3    Frank A. Weiser, Esq.                      Marshall E. Bluestone, Esq.
     Law Offices of Frank A. Weiser             Senneff, Freeman & Bluestone, LLP
4    3460 Wilshire Boulevard, Suite 903         50 Old Courthouse Square, #401
     Los Angeles, CA 90010                      Santa Rosa, CA 95402

5
     [X]    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for
6    first-class mail, for collection and mailing at Santa  Rosa, California, following ordinary business
     practices.  I am readily familiar with the practice of the Santa  Rosa City Attorney's Office for
7    processing of correspondence, said practice being that in the ordinary course of business,
     correspondence is deposited in the United States Postal Service the same day as it is placed for
8    processing.

9    [ ]    (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the
     addressee(s) noted above.
10
            I declare under penalty of perjury, under the laws of the State of California, that the
11
     foregoing is true and correct and that this declaration was executed on July 26, 2007, at Santa
12
     Rosa, California.
13

14
     ___Lynne Smith___
15                                              _____
                                                Signature
16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service                                                                                        2