**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 26, 2007

Superior Court of California
County of Sonoma
Hall of Justice
600 Administration Drive
Santa Rosa, CA 95403

RE:  CV 07-03528 MMC    City of Santa Rosa-v-Patel
     Your Case Number: (SCV-237667)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        (x)    Other (E-Filing Case)

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Alfred Amistoso
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o: mrg/civil/remand.mrg



**FILED**
AUG 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**RECEIVED**
AUG - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTH BAY CA 945
08 AUG 2007 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES