IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA ROSA, et al, | No. 07-3528 MMC |
|     Plaintiffs<br>v.<br>RAMAN D. PATEL, et al.,<br>    Defendants        / | **ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorney is not registered for electronic service in this e-filing case:

> Frank Alan Weiser
> Law Offices of Frank A. Weiser
> 3460 Wilshire Blvd. Suite 903
> Los Angeles CA  90010

In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court.  See General Order 45(IX)(D).  Although the Court, as a courtesy, has directed the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.  If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 27, 2007

MAXINE M. CHESNEY
United States District Judge