1   BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)

2   City of Santa Rosa
100 Santa Rosa Avenue, Room 8

3   Santa Rosa, California 95404

4   Telephone: (707) 543-3040
Facsimile:  (707) 543-3055

5

6   Attorneys for Plaintiffs City of Santa Rosa
and the People of the State of California

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CITY OF SANTA ROSA, PEOPLE OF      Case No.  C 07 3528 MMC
THE STATE OF CALIFORNIA,

12                        **DECLARATION OF MICHAEL J.**
           Plaintiffs,        **CASEY IN SUPPORT OF REPLY**

13   v.                         **BRIEF**

14   RAMAN D. PATEL, individually and as
trustee of the Raman D. and Jashu R. Patel

15   Family Trust, Raman D. and Jashu R. Patel   Date:   September 21, 2007
Residual Trust and Raman D. and Jashu R.    Time:  9:00 a.m.

16   Patel Survivor's Trust, JAS 4 RAY        Place:  Courtroom 7, 19th Floor
PROPERTIES, L.P., RITA PATEL, DAVID              450 Golden Gate Avenue

17   STAFFORD, PRITA PATEL and DOES 3-           San Francisco, CA
20,                            Judge: Hon. Maxine Chesney

18

19              Defendants.
   _____/

20

21

22      I, Michael J. Casey, declare:

23       1.     I am an attorney licensed to practice law before all courts in the State of California

24   and in the United States District Court, Northern District of California.  I am employed as an

25   Assistant City Attorney for the City of Santa Rosa and represent the plaintiffs.

26       2.     I have spent an additional 6 hours in review of defendants' opposition, legal

27   research and preparation of the reply brief.  At my usual hourly rate of $325, this amounts to

28   $1,950.00

1    3.    If I have to attend the hearing on this motion, for oral argument, I estimate

2 approximately 3-4 hours in travel time from Santa Rosa to San Francisco and back, as well as an

3 hour or two for the law and motion calendar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of September, 2007, in Santa Rosa, California.


_____
MICHAEL J. CASEY
Assistant City Attorney
Attorney for Plaintiffs