FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Defendants
RAMAN D. PATEL, individually
and as trustee of the Raman
D. and Jashu R. Patel Family
Trust, Raman D. and Jashu R.
Patel Residual Trust and
Raman D. and Jashu R. Patel
Survivor's Trust, JAS 4
RAY PROPERTIES, L.P., RITA
PATEL, DAVID STAFFORD,
PRITA PATEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RAMAN D. PATEL, individually and trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br>　　　　　Defendants. | No. C 07 3528 MMC<br><br>REQUEST TO APPEAR TELEPHONICALLY, OR IN THE ALTERNATIVE, TO CONTINUE MOTION FOR SANCTIONS DUE TO SCHEDULING CONFLICT BECAUSE OF RELIGIOUS HOLIDAY; DECLARATION OF FRANK A. WEISER IN SUPPORT THEREOF<br><br><br>DATE: September 21, 2007<br>TIME: 9:00 A.M.<br>CTRM: 7, 19th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA<br>The Hon. Maxine Chesney |

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Defendants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL ("Defendants") and make this declaration in support of this request for a continuance of the presently scheduled hearing on September 21, 2007, or in the alternative, requesting to appear telephonically.to the Plaintiffs CITY OF SANTA ROSA and THE PEOPLE OF THE STATE OF CALIFORNIA'S ("Plaintiffs") motion for sanctions against the defendants and myself under 28 U.S.C. Section 1927 and the Court's Inherent Power.

2. As I stated in my original declaration filed August 31, 2007 in opposition to the plaintiffs' motion, and in my supplemental declaration filed September 12, 2007 requesting a continuance, or to appear telephonically, I respectfully request that the hearing be rescheduled to a convenient time for counsel and the Court, or that I be permitted to appear telephonically, as I cannot attend the September 21, 2007 hearing date personally.

3. As I explained in my previous declarations, I am an orthodox Jew, having been raised so, and the holiest holiday of the Jewish calendar, Yom Kippur, begins at sundown September 21, 2007.

4. I live in Los Angeles and I cannot attend the hearing as I will be preparing for the holiday as required

2

under orthodox Jewish law and traditions and I cannot risk that I will not return to Los Angeles at least three to four hours before sundown.

5. I also cannot attend any hearings on September 27th and 28th, 2007 and October 4th and 5th, 2007 as these are the days of the last Jewish holidays of the new year, Sukkoth, Shemini Atzereth, and Simhath Torah and I cannot work on the holiday.

6. Therefore, I once again respectfully request for a continuance of the presently scheduled hearing on September 21, 2007, or in the alternative, request that I be permitted to appear telephonically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of September 2007 at Los Angeles, California.

FRANK A. WEISER

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On September 17, 2007, I served the document entitled REQUEST TO APPEAR TELEPHONICALLY, OR IN THE ALTERNATIVE, TO CONTINUE MOTION FOR SANCTIONS BECAUSE OF SCHEDULING CONFLICT DUE TO RELIGIOUS HOLIDAY, DECLARATION OF FRANK A. WEISER IN SUPPORT THEREOF on the interested parties in this action by mailing and faxing a true copy thereof addressed as follows:

Brien J. Farell, City Attorney
Michael J. Casey, Assistant City Attorney
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95402
Telefax - (707) 543-3055

Michael E. Bluestone, Esq.
Senneff, Freeman & Bluestone, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Facsimile: (707) 526-0347

X   BY U.S. MAIL: By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

X   BY FACSIMILE TRANSMISSION: I caused to be transmitted to the following party at the telephone number listed above.

X   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 17, 2007, at Los Angeles, California.

Frank A. Weiser

4