FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 903
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)

Attorney for Defendants
RAMAN D. PATEL, individually
and as trustee of the Raman
D. and Jashu R. Patel Family
Trust, Raman D. and Jashu R.
Patel Residual Trust and
Raman D. and Jashu R. Patel
Survivor's Trust, JAS 4
RAY PROPERTIES, L.P., RITA
PATEL, DAVID STAFFORD,
PRITA PATEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Plaintiffs,<br><br><br>v.<br><br><br><br>RAMAN D. PATEL, individually and trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL and DOES 3-20,<br><br><br>                    Defendants.<br>_____ | No. C 07 3528 MMC<br><br>ORDER<br>[Proposed]<br><br><br><br><br><br><br><br><br><br><br><br>DATE: September 21, 2007<br>TIME: 9:00 A.M.<br>CTRM: 7, 19th Floor<br>        450 Golden Gate Avenue<br>        San Francisco, CA<br>The Hon. Maxine Chesney |

## ORDER
[Proposed]

IT IS ORDERED that the presently scheduled hearing for sanctions filed by Plaintiffs CITY OF SANTA ROSA and PEOPLE OF THE STATE OF CALIFORNIA against Defendants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and their counsel of record, FRANK A. WEISER is continued from its presently scheduled date of September 21, 2007 at 9:00 a.m. in Courtroom 7 of this Court to _____, 2007 at 9:00 a.m. in Courtroom 7 of this Court [or] [Defendants' counsel of record, FRANK A. WEISER, may appear telephonically for the presently scheduled hearing for sanctions filed by Plaintiffs CITY OF SANTA ROSA and PEOPLE OF THE STATE OF CALIFORNIA against Defendants RAMAN D. PATEL, individually and as trustee of the Raman D. and Jashu R. Patel Family Trust, Raman D. and Jashu R. Patel Residual Trust and Raman D. and Jashu R. Patel Survivor's Trust, JAS 4 RAY PROPERTIES, L.P., RITA PATEL, DAVID STAFFORD, PRITA PATEL, and their counsel of record, FRANK A. WEISER that is set for September 21, 2007 at 9:00 a.m. in Courtroom 7 of this Court in lieu of appearing personally].

DATE: _____

_____
THE HONORABLE MAXINE M.
CHESNEY, UNITED STATES
DISTRICT COURT JUDGE

PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )  ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 903, Los Angeles, California 90010.

On September 17, 2007, I served the document entitled ORDER [Proposed] on the interested parties in this action by mailing and faxing a true copy thereof addressed as follows:

Brien J. Farell, City Attorney
Michael J. Casey, Assistant City Attorney
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95402
Telefax - (707) 543-3055

Michael E. Bluestone, Esq.
Senneff, Freeman & Bluestone, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Facsimile: (707) 526-0347

X    BY U.S. MAIL:  By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

X   BY FACSIMILE TRANSMISSION:  I caused to be transmitted to the following party at the telephone number listed above.

X   (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 17, 2007, at Los Angeles, California.

Frank A. Weiser