IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA ROSA, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RAMAN D. PATEL, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-07-3528 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |

　　　　Before the Court is plaintiffs' Motion for Sanctions, filed July 25, 2007. Defendants have filed opposition, to which plaintiffs have replied. Having considered the parties' submissions filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing.[1]

　　　　**IT IS SO ORDERED.**

Dated: September 19, 2007

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Consequently, defendants' "Request to Appear Telephonically, or in the Alternative, to Continue Motion for Sanctions Due to Scheduling Conflict Because of Religious Holiday" is hereby DENIED as moot.