UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 0 3 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF SANTA ROSA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RAMAN PATEL, individually and Trustee of the Raman D. and Jashu R. Patel Residual Trust; et al.,<br><br>Defendants - Appellants. | No. 07-16607<br><br>D.C. No. CV-07-03528-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants have failed to comply with the court's order of December 12, 2007. Additionally, court records reflect that appellants have failed to file an opening brief. Accordingly, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Mary G. Schlepp
Deputy Clerk

A TRUE COPY    1/3/08
ATTEST
CATHY CATTERSON
Clerk of Court

by: _____
Deputy Clerk

This certification does constitute the mandate of the court.

INTERNAL USE ONLY: Proceedings include all events.
07-16607 City of Santa Rosa, et al v. Patel, et al

```
CITY OF SANTA ROSA                      Michael J. Casey, Esq.
     Plaintiff - Appellee               707/543-3040
                                        [COR LD NTC dca]
                                        OFFICE OF THE CITY ATTORNEY
                                        100 Santa Rosa Ave.
                                        P.O. Box 1678
                                        Santa Rosa, CA 95402

PEOPLE OF STATE OF CALIFORNIA           Michael J. Casey, Esq.
     Plaintiff - Appellee               (See above)
                                        [COR LD NTC dca]


     v.

RAMAN PATEL, individually and           Frank A. Weiser, Esq.
Trustee of the Raman D. and             FAX 213/383-7368
Jashu R. Patel Residual Trust           213/384-6964
     Defendant - Appellant              Ste. 903
                                        [COR LD NTC ret]
                                        3460 Wilshire Boulevard
                                        Los Angeles, CA 90010

RAMAN D. AND JASHU R. PATEL             Frank A. Weiser, Esq.
SURVIVOR'S TRUST                        (See above)
     Defendant - Appellant              [COR LD NTC ret]

JAS 4 RAY PROPERTIES, L.P.              Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

RITA PATEL                              Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

DAVID STAFFORD                          Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

PRITA PATEL                             Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]
```