**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 10, 2008

CASE NUMBER:   **CV 07-03528 MMC**
CASE TITLE:   **City of Santa Rosa-v- Patel**
DATE MANDATE FILED:   1/10/08

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                      Sincerely,

                      RICHARD W. WIEKING, Clerk

                      by:  **Alfred Amistoso**
                      Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                             U.S. Marshal (Copy of Mandate)
                             U.S. Probation Office

NDC App-16