UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 0 7 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| CITY OF SANTA ROSA; et al.,<br><br>　　　Plaintiffs - Appellees,<br><br>　v.<br><br>RAMAN PATEL, individually and Trustee of the Raman D. and Jashu R. Patel Residual Trust; et al.,<br><br>　　　Defendants - Appellants. | No. 07-16948<br><br>D.C. No. CV-07-03528-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
|---|---|

**FILED**
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Appellants have failed to comply with the court's order filed January 16, 2008. Court records also reflect that the appellants have failed to file an opening brief. Accordingly, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*[signature]*
Mary G. Schlepp
Deputy Clerk

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 07 2008

by: Ruben Talavera
      Deputy Clerk
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16948 City of Santa Rosa, et al v. Patel, et al

CITY OF SANTA ROSA                      Michael J. Casey, Esq.
     Plaintiff - Appellee               707/543-3040
                                        [COR LD NTC dca]
                                        OFFICE OF THE CITY ATTORNEY
                                        100 Santa Rosa Ave.
                                        P.O. Box 1678
                                        Santa Rosa, CA 95402

PEOPLE OF STATE OF CALIFORNIA           Michael J. Casey, Esq.
     Plaintiff - Appellee               (See above)
                                        [COR LD NTC dca]


     v.

RAMAN PATEL, individually and           Frank A. Weiser, Esq.
Trustee of the Raman D. and             FAX 213/383-7368
Jashu R. Patel Residual Trust           213/384-6964
     Defendant - Appellant              Ste. 903
                                        [COR LD NTC ret]
                                        3460 Wilshire Boulevard
                                        Los Angeles, CA 90010

RAMAN D. AND JASHU R. PATEL             Frank A. Weiser, Esq.
SURVIVOR'S TRUST                        (See above)
     Defendant - Appellant              [COR LD NTC ret]

JAS 4 RAY PROPERTIES, L.P.              Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

RITA PATEL                              Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

DAVID STAFFORD                          Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]

PRITA PATEL                             Frank A. Weiser, Esq.
     Defendant - Appellant              (See above)
                                        [COR LD NTC ret]




Docket as of February 6, 2008 11:10 pm              Page 2    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16948 City of Santa Rosa, et al v. Patel, et al

CITY OF SANTA ROSA; PEOPLE OF STATE OF CALIFORNIA

              Plaintiffs - Appellees

   v.

RAMAN PATEL, individually and Trustee of the Raman D. and
Jashu R. Patel Residual Trust; RAMAN D. AND JASHU R. PATEL
SURVIVOR'S TRUST; JAS 4 RAY PROPERTIES, L.P.; RITA PATEL;
DAVID STAFFORD; PRITA PATEL

              Defendants - Appellants
```

```
                                                          MOATT


              NON-PUBLIC DOCKET FOR
           Ninth Circuit Court of Appeals

Court of Appeals Docket #: 07-16948                Filed: 10/31/07
Nsuit: 3440  Other civil rights (Fed)
City of Santa Rosa, et al v. Patel, et al
Appeal from: Northern District of California (San Francisco)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) private
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0971-3 : CV-07-03528-MMC
    presiding judge: Maxine M. Chesney, District Judge
    Date Filed: 7/6/07
    Date order/judgment: 9/25/07
    Date NOA filed: 10/22/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: ifp pending dc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   95-56344    null  null  null
   Date filed: 9/20/95   Date disposed: 12/8/95   Disposition: 42b/clk

Current cases:
                Lead          Member        Start         End
   companion:
                07-16607      07-16948      10/31/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




Docket as of February 6, 2008 11:10 pm              Page 1    NON-PUBLIC
```